FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 5 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| 1. MARCUS O. MILLSAP, aka Red,<br>2. WESLEY S. GULLETT, aka Bad Company, aka BC,<br>3. JEFFREY L. KNOX, aka 100%,<br>4. JAMES SCOTT OLIVER, aka Scottie,<br>5. TIMOTHY J. FERGUSON, aka TJ,<br>6. KEVIN M. LONG,<br>7. RANDALL RAPP,<br>8. ADAM F. MITCHELL, aka Pork Chop,<br>9. CHRISTOPHER BUBER,<br>10. RUSSELL ROBINSON,<br>11. BRADLEY CHAMBERS,<br>12. APRIL HOWELL, aka Apes,<br>13. SHANNON J. FERGUSON, aka Shannon Pridmore, aka Shannon Spencer,<br>14. PAULA S. ENOS,<br>15. CAREY MOONEY,<br>16. COURTNEY TALLEY, aka Courtney Shreckhise, aka Courtney Caldwell,<br>17. AMANDA RAPP,<br>18. TROY R. LOADHOLT, aka Tricky,<br>19. DAVID D. SINGLETON, aka LA,<br>20. DARLENE WALKER,<br>21. MICHAEL J. ROBERTS,<br>22. SHELBY L. THOMPSON, aka Shelby Roberts,<br>23. COREY A. FORD,<br>24. CORY S. DONNELLY,<br>25. LESA A. STANDRIDGE,<br>26. DALLAS D. STANDRIDGE,<br>27. JEFFREY G. HOWELL, aka Loon,<br>28. RICHARD K. HAMPTON,<br>29. SUSAN HAMPTON,<br>30. APRIL M. TEETER, aka April Crain,<br>31. MELISSA D. KIZER, aka Mel, | CASE 4:17CR00293 BSM<br><br>18 U.S.C. § 2<br>18 U.S.C. § 1959<br>18 U.S.C. § 1962(d)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)—(C),<br>21 U.S.C. § 846 |

32. ANDREW R. SYVERSON, aka Drew,
33. ROBERT H. CHANDLER, aka Robbie,
34. BRITTANY FERGUSON, aka Brittany Gideon,
35. BRITTANIE N. HANDLEY,
36. TIFFANY L. PARKER,
37. HEATH KIZER,
38. RALPH A. ROSS, aka RA,
39. BRITANNY S. CONNER,
40. KATHRINE R. ROSS, aka Katie,
41. CHRISTOPHER S. HELMS,
42. TONY L. HEYDENREICH,
43. VALERIE J. BAKER, aka Valerie French,
44. THOMAS I. PLAISANCE, JR., aka Tommy,
45. WESLEY W. PIERSON,
46. HENRI T. KEENER, II,
47. JUSTIN B. HOWELL, aka Bubba,
48. JAYME L. SHORT,
49. AMOS ADAME,
50. SKIPPY D. SANDERS,
51. JARED R. DALE,
52. JAMES NICHOLAS GEORGE, aka Nick,
53. KEITH C. SAVAGE, aka KC,
54. JOSEPH D. PRIDMORE.

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendants prior to arrest and to protect officers executing the arrest warrants, the United States requests that the above-styled indictment be sealed until the defendants are in custody or have been released pending trial.

Additionally, in order to protect the officers who are executing the warrants on February 12, 2019, the United States requests that the Court direct the Clerk of Court not issue summonses in this case until February 12, 2019.

Respectfully submitted,

CODY HILAND
United States Attorney

By: /s/ Liza Jane Brown
LIZA JANE BROWN
Bar No. 2004183
Assistant United States Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Liza.Brown@usdoj.gov

## ORDER

Pursuant to the above requests, the Indictment in this matter shall be sealed until the defendants are in custody or have been released pending trial and the Clerk of Court shall not issues summonses until February 12, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2.5.19