IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 4:17-CR-00293 BSM |
| | ) |
| TROY LOADHOLT, ET AL. | ) |

## NOTICE OF WITHDRAWAL

COMES NOW, the United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and David L. Jaffe, Chief of the Organized Crime and Gang Section of the United States Department of Justice, hereby files this Notice of Withdrawal for Lakeita F. Rox-Love, Trial Attorney.

Liza Brown and Stephanie Mazzanti, Assistant United States Attorneys, remain assigned to this case as counsel of record for the government.

        Respectfully submitted,

        CODY HILAND
        United States Attorney for the
        Eastern District of Arkansas

        DAVID L. JAFFE
        Chief, Organized Crime and Gang Section
        U.S. Department of Justice

By:   LAKEITA F. ROX-LOVE
        MS Bar No. 103871
        Trial Attorney
        Organized Crime and Gang Section
        U.S. Department of Justice
        1301 New York Avenue NW, Suite 700
        Washington, D.C. 20005
        Phone: (202) 307-3345
        Lakeita.Rox-Love@usdoj.gov

APPROVED:

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Lakeita F. Rox-Love*
Lakeita F. Rox-Love
Trial Attorney

Date: January 4, 2021