IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 4:17CR00293-45 BSM |
| | ) |
| TROY LOADHOLT, ET AL. | ) |

## NOTICE OF WITHDRAWAL

COMES NOW, the United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and David L. Jaffe, Chief of the Organized Crime and Gang Section of the United States Department of Justice, hereby files this Notice of Withdrawal for Marianne Shelvey, Trial Attorney.

Liza Brown and Stephanie Mazzanti, Assistant United States Attorneys, remain assigned to this case as counsel of record for the government.

Respectfully submitted,

CODY HILAND
United States Attorney for the
Eastern District of Arkansas

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
U.S. Department of Justice

By:   MARIANNE SHELVEY
MA Bar No. 642427
Trial Attorney
Organized Crime and Gang Section
U.S. Department of Justice
1301 New York Avenue, NW Suite 700
Washington, D.C. 20005
Phone: (202) 549-4051
Marianne.Shelvey@usdoj.gov

APPROVED:

_____
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Marianne Shelvey*
Marianne Shelvey
Trial Attorney

Date: January 4, 2021
