IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                        CASE NO. 4:17-cr-00293-BSM

MARCUS O. MILLSAP, ET AL                                                              DEFENDANTS

**MOTION FOR EXTENSTION OF TIME
TO SUBMIT PROPOSED JUROR QUESTIONNAIRE**

Comes now the Defendant, Marcus O. Millsap, by and through his attorneys, and for his Motion for Extenstion of Time to Submit Proposed Juror Questionnaire states:

1. On January 7, 2021, the Court entered an Order directing the parties to submit a final jury questionnaire with the questions to which the parties agree and a list of disputed questions by February 7, 2021. ECF No. 1880 at p. 2.

2. Defendant Millsap has sought to retain a jury consultant to assist counsel in reviewing the Government's proposed list of questions and developing additional questions to submit to proposed jurors.

3. Millsap's counsel has received and considered proposals from multiple consultants and intends to engage one of them beginning next week.

4. Millsap requests an extension of time for the parties to submit the proposed juror questionnaire and disputed questions until March 19, 2021. Considering the September trial date, the requested extension would still leave ample time for the Court to address disputes and for the

jury coordinator to distribute the questionnaires to potential jurors, collect their responses, and provide those responses to counsel well in advance of trial.

    5.    AUSA Stephanie Mazzanti has authorized the undersigned to represent to the Court that the Government does not oppose this Motion.

                            RESPECTFULLY SUBMITTED,

                            GIBSON & KEITH, PLLC
                            Attorneys for Defendant
                            119 South Main Street
                            Monticello, AR 71655
                            Phone: (870) 367-2438
                            Fax:   (870) 367-8306

By: _____
      Lee D. Curry      Ark. Bar No. 2014153
      ldc@gibsonandkeith.com

2