# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM-01

TROY LOADHOLT                                                                            DEFENDANT

## ORDER

For the reasons provided at the pretrial conference in United States v. Marcus Millsap on September 2, 2021, the government's oral motion to sever defendant Troy R. Loadholt from the remaining defendants herein is granted. Defendant Millsap's trial will proceed on September 7, 2021, and the sentencing hearings for the remaining defendants herein will proceed as scheduled. Loadholt's trial will be scheduled separately once he is served with the arrest warrant.

IT IS SO ORDERED this 3rd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE