# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 8 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

United States of America

v.

Troy R. Loadholt

*Defendant*

Case No.: 4:17CR00293-01 BSM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Troy R. Loadholt**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: **conspiracy to possess with intent to distribute and distribution of 500 grams or more of a mixture o, as further explained in the attached documents.**

Date: September 4, 2019

*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 06/14/2024, and the person was arrested on *(date)* 06/14/2024
at *(city and state)* Los Angeles, CA

Date: 06/14/2024

*Arresting officer's signature*

A. Kirby   DUSM
*Printed name and title*

QUESTIONS:
DUSM TRILLO   501-350-1698