FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 24, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-03565-DUTY All Defendants

4:17-cr-00293-01-BSM

| | |
|---|---|
| Case title: USA v. Loadholt | Date Filed: 06/14/2024 |
| | Date Terminated: 06/14/2024 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Troy R. Loadholt**<br>Reg. No. 20352-511<br>*TERMINATED: 06/14/2024*<br>*also known as*<br>Tricky<br>*TERMINATED: 06/14/2024* | represented by | **Nadine C Hettle**<br>Federal Public Defenders Office<br>321 East 2nd Street<br>Los Angeles, CA 90012-4206<br>213-894-4790<br>Fax: 213-894-0081<br>Email: nadine_hettle@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office** <br> AUSA - Office of US Attorney <br> Criminal Division - US Courthouse <br> 312 North Spring Street 12th Floor <br> Los Angeles, CA 90012-4700 <br> 213-894-2434 <br> Email: USACAC.Criminal@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2024 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Troy R. Loadholt, originating in the Eastern District of Arkansas. Defendant charged in violation of: 18:2; 1959;1962(d); 922(g)(1);924(c); 21:841(a)(1),(b)(1)(A-C); 21:846. Signed by agent Antonio Kirby, USM. filed by Plaintiff USA. (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Troy R. Loadholt; defendants Year of Birth: 1981; date of arrest: 6/14/2024 USMS# 20352-511 (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 3 | Defendant Troy R. Loadholt arrested on warrant issued by the USDC Eastern District of Arkansas at Little Rock. (Attachments: # 1 Eastern District of Arkansas)(jb) Modified on 6/21/2024 (jb). (Entered: 06/21/2024) |
| 06/14/2024 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Troy R. Loadholt (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alicia G. Rosenberg as to Defendant Troy R. Loadholt. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Nadine C Hettle for Troy R. Loadholt, Deputy Federal Public Defender, present. Government's Request for Detention is: GRANTED. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Eastern District of Arkansas. Warrant of Removal and final commitment to issue. Thomas Rybarczyk, AUSA also appears. Exhibits Marked (see separate list). AUSA Yervant Hagopian states on the record that he does not have the next available reporting instructions. Court Smart: 6/14/2024. (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Troy R. Loadholt. (Not for Public View pursuant to the E-Government Act of 2002) (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Troy R. Loadholt. (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 8 | LIST OF EXHIBITS AND WITNESSES at trial as to Troy R. Loadholt. (jb) (Entered: 06/21/2024) |

| | | |
|---|---|---|
| 06/14/2024 | 9 | ORDER OF DETENTION by Magistrate Judge Alicia G. Rosenberg as to Defendant Troy R. Loadholt. (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge Alicia G. Rosenberg as to Defendant Troy R. Loadholt. (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alicia G. Rosenberg that Defendant Troy R. Loadholt be removed to the Eastern District of Arkansas (jb) (Entered: 06/21/2024) |
| 06/14/2024 | 12 | Defendant Troy R. Loadholt arrested on warrant issued by the USDC Eastern District of Arkansas at Little Rock. (Attachments: # 1 Charging document: Eastern District of Arkansas)(jb) (Entered: 06/21/2024) |
| 06/21/2024 | | Notice to Eastern District of Arkansas of a Rule 5 or Rule 32 Initial Appearance as to Defendant Troy R. Loadholt. Your case number is: 4:17cr00293-01-BSM. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (jb) (Entered: 06/21/2024) |



FILED

2024 JUN 14 AM 9: 12  MJ 24-03565

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CrD

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 4:17CR00293 BSM |
| Troy R. Loadholt DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Superseding Indictment
in the Eastern District of Arkansas on 10/04/2017
at 7:30 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/04/2017
in violation of Title 18 U.S.C., Section(s) 2, 1959, 19629(d), 922(g)(1), 924 (c)
to wit:

A warrant for defendant's arrest was issued by: Hon. James W. Mccomack

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant, Petition, CR-64

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/14/2024
              Date

*A. Kirby*
Signature of Agent

Antonio Kirby
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)   **DECLARATION RE OUT-OF-DISTRICT WARRANT**

Case 2:24-mj-03565 Document 1 Filed 06/14/24 Page 1 of 1 Page ID #:2

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
MJ 24-03565
2024 JUN 14 AM 9:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___ cbo

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Troy R. Loadholt<br>USMS# 20352-511 | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>4:17CR00293-01 BSM<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/14/2024 @ 8:00 at ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 2, 1959, 1962 (d), 922(g)(1), 922(c), 924(c)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1981

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: A. Kirby (please print)

12. Office Phone Number: 213-559-5841

13. Agency: USMS

14. Signature: *A. Kirby*

15. Date: 06/14/2024

CR-64 (09/20) — REPORT COMMENCING CRIMINAL ACTION

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY R. LOADHOLT, <br><br> Defendant. | CASE NO. MJ-24-03565 <br><br> ORDER OF DETENTION |

## I.

A. (✓) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. ( ) an offense with maximum sentence of life imprisonment or death.

    3. (✓) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓) On motion by the Government / ( ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)      Page 1 of 4

         allegedly involving:

    (✓) On the further allegation by the Government of:

      1. (✓) a serious risk that the defendant will flee.

      2. ( ) a serious risk that the defendant will:

         a. ( ) obstruct or attempt to obstruct justice.

         b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government (✓ is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (✓) The Court finds that no condition or combination of conditions will reasonably assure:

    1. (✓) the appearance of the defendant as required.

      ( ) and/or

    2. ( ) the safety of any person or the community.

B. (✓) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                                                              Page 2 of 4

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A. (✓) As to flight risk: nature of the offenses; two outstanding warrants for failure to appear; failure to surrender in past year despite contacts with law enforcement

B. ( ) As to danger: _____

VI.

A. ( ) The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)      Page 3 of 4

B. The Court bases the foregoing finding(s) on the following: _____

_____
_____
_____
_____
_____
_____
_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: June 14, 2024

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2024
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | 24-mj-03565 |
| Troy Loadholt DEFENDANT. | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the __Easter__ District of __Arkansas__ alleging violation of _____ *(Title and Section / Probation / Supervised Release)* and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

*-Check one only-*

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
   (3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
   (4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
   (3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☐ arrival of process
☐ have a preliminary hearing
☒ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: 6/14/24

_____ 6/14/24
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter (if required)

M-14 (09/09)    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

```
                                                            FILED
                                                     CLERK, U.S. DISTRICT COURT

                                                          06/14/2024

                                                   CENTRAL DISTRICT OF CALIFORNIA
                                                   BY:      KL       DEPUTY
```

Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-mj-03565-DUTY |
| v. | |
| Troy R. Loadholt | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | _Eastern_ District of _Arkansas_ |
| DEFENDANT(S). | At _Little Rock_ |
| | _(City)_ |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) Superseding Indictment

☑ in violation of Title _18_ United States Code, Section (s) _2, 1959, 19629(d), 922(g)(1), 924 (c)_

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

- ☐ duly waived arrival of process.
- ☑ duly waived identity hearing before me on _06/13/2024_, and is informed that he does not have a right to a preliminary hearing.
- ☐ duly waived preliminary hearing before me on _____
- ☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☑ No bail has been set.
  - ☑ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

June 14, 2024                          _Alicia G. Rosenberg_ / Alicia G. Rosenberg
Date                                   United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____                  _____
Date                    Deputy

M-15 (01/09)            **FINAL COMMITMENT AND WARRANT OF REMOVAL**