## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              **Case No.: 4:17–cr–00293–BSM**

**Troy R Loadholt**                                                                           **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Arraignment has been set in this case for July 11, 2024, at 02:00 PM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 24, 2024                              AT THE DIRECTION OF THE COURT
                                                                      TAMMY H. DOWNS, CLERK

                                                                      **By:** <u>LaShawn M Coleman, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas