# MEMORANDUM

**DATE:** 06/27/2024

**TO:** Criminal Docket Clerk

**FROM:** Cody Harvey
Investigative Analyst
U.S. Marshals Service

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 7 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Date: _____  Defendant taken into U.S. Marshal Service custody on a detainer from: _____.

Date: _____  **Defendant has arrived on ASR/WHCAP. Defendant will need returned once court proceedings are finished.**

Date: 06/27/2024  **Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.**

Date: _____  **Defendant has returned from Psychiatric Study.**

**CASE NUMBER:** 4:17CR293

**DEFENDANT'S NAME:** Loadholt, Troy 20352-511