MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): 2 min  75 min
ARRAIGNMENT, Length of Hearing (minutes): 3 min

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.                                  Case No.: 4:17CR00293-01 BSM

Troy R. Loadholt

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 7/11/2024                  Deft is  X  is not ___ in custody
Continued Until: _____                ___ Deft did not appear
Reason for continuance _____          ___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Liza Brown**
Defense Counsel: Bobby Digby, II.  ← Mac Ivy for  (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT                CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty  X                              Not Guilty _____
Guilty (indicates desire) _____           Guilty _____
Nolo Contendere (desire) _____            Nolo Contendere _____

   X   Demands Trial by Jury              _____ Waives Jury Trial
                                            Deft agrees _____
                                            Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____
Already ordered detained by District Ct. in CA; Defense reserves right to reopen bond/detention matter if allowed by law/court
Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **6-8 weeks**
Estimated Trial Date: **8/26/2024 @ 9:30 a.m., before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 7/11/2024             SO ORDERED: _____
                                          U. S. MAGISTRATE JUDGE