IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

V.             Case No. 4:17-cr-00293-BSM-1

TROY R. LOADHOLT             DEFENDANT

## ORDER OF DETENTION

Defendant Troy Loadholt appeared today with counsel for plea and arraignment. The Government requested detention, and Mr. Loadholt reserved his right to a bond hearing at a later time. Meanwhile, Mr. Loadholt is remanded to the custody of the United States Marshals Service.

While detained, Mr. Loadholt must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Mr. Loadholt to the United States Marshal for a court appearance.

SO ORDERED this 11th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE