IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

V.                        Case No. 4:17-cr-00293-BSM-1

TROY R. LOADHOLT                                         DEFENDANT

**ORDER**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the Defendant all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence to the defense in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

SO ORDERED this 11th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE