(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.    Case No.:    4:17CR00293-01 BSM

Troy R. Loadholt

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock, AR 72201 | 2D |
| | DATE AND TIME<br>8/26/2024 at 9:30 a.m. |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Brian S. Miller, U.S. District Judge.**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

TAMMY H. DOWNS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK