**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

     **vs**                                **4:17-CR-00293-1-BSM-JTK**

     **TROY R LOADHOLT,**

     **Defendant.**

_____

**ORDER APPOINTING COUNSEL**

Based upon the completed affidavit or testimony of defendant Troy R Loadholt, concerning their financial ability to employ counsel, Troy R Loadholt is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that  Bobby R Digby is appointed to represent Troy R Loadholt in all further proceedings.

IT IS SO ORDERED this date of 7/11/2024.

/s/ Jerome T Kearney

_____

UNITED STATES MAGISTRATE JUDGE