# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                              No. 4:17CR00293-1 BSM

TROY R. LOADHOLT                                                              DEFENDANT

## MOTION TO CONTINUE JURY TRIAL

COMES NOW, the Defendant, Troy R. Loadholt, by and through his attorneys, the Digby Law firm, and for his Motion to Continue Jury Trial, states as follows.

1. A jury trial is scheduled to begin on August 26, 2024.

2. The Defendant is currently awaiting discovery in this matter. The Defense anticipates a considerable amount of discovery and will need additional time to review it.

3. Assistant U.S. Attorney, Liza Brown has stated she does not object to this request.

4. Defendant agrees that time attributable to this motion should be excluded under the provisions of the Speedy Trial Act.

WHEREFORE, the Defendant prays this motion be granted and for any other relief to which he may be entitled.

Respectfully submitted,

DIGBY LAW FIRM
109 W South Street
Benton, Arkansas 72015
Office:  (501) 500-9292
Fax:     (501) 500-9293
Email:  bdigby2@yahoo.com

/s/ Bobby R. Digby II
BOBBY R. DIGBY II (2005222)

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served on the United States Attorney's Office by the CM/ECF filing system.

                                       /s/ Bobby R. Digby II
                                       BOBBY R. DIGBY II