UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.      CASE NO. 4:17-CR-00293-BSM-1

**TROY R. LOADHOLT**            **DEFENDANT**

## ORDER

Defendant Troy R. Loadholt's unopposed motion to continue his August 26, 2024 trial [Doc. No. 2868] is granted. Defense counsel states that he is awaiting discovery and will need additional time to review it.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to December 9, 2024, at 9:30 a.m. in Courtroom #2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 8th day of August, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE