IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**  PLAINTIFF

vs.  No. 4:17CR00293-1 BSM

**TROY R. LOADHOLT**  DEFENDANT

## MOTION TO CONTINUE JURY TRIAL

COMES NOW, the Defendant, Troy R. Loadholt, by and through his attorney, the Bobby R. Digby II, and for his Motion to Continue Jury Trial, states as follows.

1. A jury trial is scheduled to begin on December 9, 2024.

2. Defense Counsel has received discovery and is currently reviewing it. Discovery in this case is extremely voluminous and Counsel has not had sufficient time to adequately review, nor review the file with Mr. Loadholt and conduct their own investigation.

3. Assistant U.S. Attorney, Liza Brown has stated she does not object to this request.

4. Defendant agrees that time attributable to this motion should be excluded under the provisions of the Speedy Trial Act.

WHEREFORE, the Defendant prays this motion be granted and for any other relief to which he may be entitled.

Respectfully submitted,

DIGBY LAW FIRM
109 W South Street
Benton, Arkansas 72015
Office: (501) 500-9292
Fax:    (501) 500-9293
Email: bdigby2@yahoo.com

/s/ Bobby R. Digby II
BOBBY R. DIGBY II (2005222)