## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CR-00293-BSM-1**

**TROY R. LOADHOLT**                                            **DEFENDANT**

### ORDER

Defendant Troy R. Loadholt's unopposed motion to continue his December 9, 2024 trial [Doc. No. 2896] is granted. Defense counsel states that he has received discovery but because it is so voluminous, he has not had sufficient time to adequately review nor conduct an investigation.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to March 10, 2025, at 9:30 a.m. in Courtroom #2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 7th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE