IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                 PLAINTIFF

v.           Case No. 4:17CR00293-BSM

TROY R. LOADHOLT et al                 DEFENDANT

## MOTION TO WITHDRAW COUNSEL

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas and the undersigned Assistant U.S. Attorney, submits its Motion to Withdraw Counsel and states:

1. Assistant United States Attorney Josh Newton entered a Notice of Appearance in this case for the limited purpose of enforcing the criminal monetary judgment entered against a particular defendant, and that judgment has now been fully satisfied.

2. The United States of America will continue to be represented in this matter by other Assistant U.S. Attorneys of record.

Accordingly, the United States of America seeks an Order to allow AUSA Josh Newton to be withdrawn as counsel in the above-captioned matter.

Respectfully submitted,

Jonathan D. Ross
United States Attorney
Eastern District of Arkansas

*/s/ Josh A. Newton*
Josh A. Newton
Assistant U.S. Attorney
Arkansas Bar No. 2004153
P. O. Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
josh.newton@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November 2024, a copy of the foregoing was electronically filed via the district court's electronic filing system and same will forward a copy to the defendants' attorneys of record.

/s/ *Josh A. Newton*
Josh A. Newton