IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

vs.             No. 4:17CR00293-1 BSM

**TROY R. LOADHOLT**             **DEFENDANT**

## MOTION TO CONTINUE JURY TRIAL

COMES NOW, the Defendant, Troy R. Loadholt, by and through his attorney, the Bobby R. Digby II, and for his Motion to Continue Jury Trial, states as follows.

1. A jury trial is scheduled to begin on March 10, 2025.

2. Defendant would request more time to meet with counsel to review discovery and investigate all his options in this case.

3. Defendant is housed in Greene County Detention Center and Defense Counsel has had a very busy trial schedule the last several weeks that have limited the number of in person meetings between them.

4. Assistant U.S. Attorney, Liza Brown has stated she does not object to this request.

5. Defendant agrees that time attributable to this motion should be excluded under the provisions of the Speedy Trial Act.

WHEREFORE, the Defendant prays this motion be granted and for any other relief to which he may be entitled.

Respectfully submitted,

DIGBY LAW FIRM
109 W South Street
Benton, Arkansas 72015
Office: (501) 500-9292
Email: bdigby2@yahoo.com

/s/ Bobby R. Digby II
BOBBY R. DIGBY II (2005222)