# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

v.                    **CASE NO. 4:17-CR-00293-BSM-1**

**TROY R. LOADHOLT**                                                                              **DEFENDANT**

## **ORDER**

Defendant Troy R. Loadholt's unopposed motion to continue his March 10, 2025 trial [Doc. No. 2923] is granted. Defense counsel states that where defendant is housed has limited the number of in person meetings and will need additional time to meet and review discovery.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to May 19, 2025, at 9:30 a.m. in Little Rock Courtroom #2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 27th day of January, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE