IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | No. 4:17 CR-293-1 BSM |
| | ) | |
| TROY R. LOADHOLT | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSR**

COMES NOW, the Defendant, by and through his attorney, Bobby R. Digby II, and for his Motion for Extension of Time to File Objections to PSR, states as follows:

1. The defendant is currently awaiting sentencing in this matter. A sentencing hearing has yet to be set.

2. The initial presentence report has been provided to the defense and objections are due on June 13, 2025.

3. This matter was a plea to the indictment without any stipulations as to the base offense level, criminal history, enhancements or reductions.

4. Counsel would request more time to review, research and prepare any objections to the PSR.

5. The defendant is currently being housed in Green County Detention Center. Counsel has not been able to meet with the defendant for review and to note objections of the PSR.

4. Counsel would request an extension of time to file objections to the PSR, so that he may have time to adequately discuss the PSR with the defendant and file the proper objections, if any.

5. This motion is made in good faith and is not frivolously filed for purposes of delay.

6. AUSA Liza Brown has been notified of this request.

WHEREFORE, the Defendant prays his Motion for Extension of Time to File Objections to PSR be granted.

Respectfully Submitted:

DIGBY LAW FIRM
109 W. South St.
Benton, Arkansas 72015
Office:  (501) 500-9292
Fax:     (501) 500-9293
Email:   bdigby2@yahoo.com

/s/ Bobby R. Digby II
Bobby R. Digby II