

**Photo Id:** 555529607927119

**Recipients** Tricky Troy (100009627411306)
　　　　　　Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-23 14:54:59 UTC
**Deleted** false
**Body** 1211 n Quincy

**Recipients** Brandi Nicole Figueroa (1521712230)
　　　　　　Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-23 14:57:54 UTC
**IP** 104.236.154.181
**Deleted** false
**Body**
**Share**　　**Date Created** 2016-12-23 14:57:54 UTC
　　　　　　**Link** http://www.facebook.com/permalink.php?story_fbid=1687991418198422&id=100009627411306
　　　　　　**Text**
　　　　　　**Title** Your Location
　　　　　　**Url** https://www.bing.com/maps/default.aspx?v=2&pc=FACEBK&mid=8100&where1=35.307041%2C+-93.120579&FORM=FBKPL1&mkt=en-US

**Recipients** Brandi Nicole Figueroa (1521712230)
　　　　　　Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-23 14:58:14 UTC
**IP** 104.236.154.181
**Deleted** false
**Body** Come herre

**Recipients** Brandi Nicole Figueroa (1521712230)
　　　　　　Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-23 15:01:21 UTC
**IP** 104.236.154.181
**Deleted** false
**Body** RAndy

**Recipients** Tricky Troy (100009627411306)
　　　　　　Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-23 15:02:23 UTC
**Deleted** false
**Body** Pullin In

**Recipients** Tricky Troy (100009627411306)
　　　　　　Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-23 15:03:08 UTC


GOVERNMENT EXHIBIT 1

Photo Id:
10211075026301185

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 04:48:11 UTC
**Deleted** false
**Body** Ooops didn't mean to send that

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 05:27:22 UTC
**Deleted** false
**Body** I'm jus goin to bed. .. get at cha in the am be safe an u know I love u

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 13:52:35 UTC
**Deleted** false
**Body** Hey wyd

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 14:23:11 UTC
**Deleted** false
**Body** Trick... I need to see u

**Recipients** Brandi Nicole Figueroa (1521712230)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-26 14:30:17 UTC
**IP** 205.197.242.173
**Deleted** false
**Body** I need ypu to get your guy to find a old ship from last month that i dont have t the tracking information on but I do have the name of who sent it the name of the person that went to the facility that was sent from and the dates can you do that for your contact and it is very valuable to me

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 14:32:02 UTC
**Deleted** false
**Body** Yea wya

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 14:33:12 UTC
**Deleted** false
**Body** I'm leaving hector



**Recipients** Brandi Nicole Figueroa (1521712230)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-26 14:33:20 UTC
**IP** 205.197.242.173
**Deleted** false
**Body** Jeruselum

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 14:33:41 UTC
**Deleted** false
**Body** O well send me the info

**Recipients** Brandi Nicole Figueroa (1521712230)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-26 14:33:44 UTC
**IP** 205.197.242.173
**Deleted** false
**Body** Get ahold of yo boy and MAKE THAT HAPPEN!!!

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 14:35:38 UTC
**Deleted** false
**Body** Send me the info an I'll holla at him

**Recipients** Tricky Troy (100009627411306)
Brandi Nicole Figueroa (1521712230)
**Author** Brandi Nicole Figueroa (1521712230)
**Sent** 2016-12-26 14:36:51 UTC
**Deleted** false
**Body** An jus so u know. .. I'm mad u is that close to me an ain't even said anything

**Recipients** Brandi Nicole Figueroa (1521712230)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-26 14:50:45 UTC
**IP** 205.197.242.173
**Deleted** false
**Body** Huh!?

**Recipients** Brandi Nicole Figueroa (1521712230)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-26 14:50:58 UTC
**IP** 205.197.242.173
**Deleted** false
**Body** Its close to you??

**Recipients** Brandi Nicole Figueroa (1521712230)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-26 14:51:00 UTC

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Richard Hampton (1044482479) |
| **Author** | Richard Hampton (1044482479) |
| **Sent** | 2016-12-22 22:50:55 UTC |
| **Call Record** | **Type** phone |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Richard Hampton (1044482479) |
| **Author** | Richard Hampton (1044482479) |
| **Sent** | 2016-12-22 22:51:02 UTC |
| **Deleted** | false |
| **Body** | Richard started sharing video. |

| | |
|---|---|
| **Recipients** | Richard Hampton (1044482479) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-12-22 22:51:03 UTC |
| **IP** | 173.46.76.169 |
| **Deleted** | false |
| **Body** | I know |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Richard Hampton (1044482479) |
| **Author** | Richard Hampton (1044482479) |
| **Sent** | 2016-12-22 22:51:06 UTC |
| **Deleted** | false |
| **Body** | Richard stopped sharing video. |

| | |
|---|---|
| **Recipients** | Richard Hampton (1044482479) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-12-22 22:51:16 UTC |
| **IP** | 173.46.76.169 |
| **Deleted** | false |
| **Body** | Yall connex sucks |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Richard Hampton (1044482479) |
| **Author** | Richard Hampton (1044482479) |
| **Sent** | 2016-12-22 22:51:19 UTC |
| **Deleted** | false |
| **Body** | What do u do with it |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Richard Hampton (1044482479) |
| **Author** | Richard Hampton (1044482479) |
| **Sent** | 2016-12-22 22:51:40 UTC |
| **Deleted** | false |
| **Body** | Do u bring it to u |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Richard Hampton (1044482479) |
| **Author** | Richard Hampton (1044482479) |
| **Sent** | 2016-12-22 22:52:08 UTC |
| **Deleted** | false |


GOVERNMENT EXHIBIT

**Body** Or do i give to lay

**Recipients** Richard Hampton (1044482479)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-12-22 22:52:47 UTC
**IP** 173.46.76.169
**Deleted** false
**Body** Bring to me tell lay i said safe

**Recipients** Tricky Troy (100009627411306)
Richard Hampton (1044482479)
**Author** Richard Hampton (1044482479)
**Sent** 2016-12-22 23:47:00 UTC
**Deleted** false
**Body** 3ds =', __8€_

**Recipients** Tricky Troy (100009627411306)
Richard Hampton (1044482479)
**Author** Richard Hampton (1044482479)
**Sent** 2016-12-22 23:47:44 UTC
**Deleted** false
**Body** Sl send me his phone number so I can call you so u can talk this is Richard

**Recipients** Tricky Troy (100009627411306)
Richard Hampton (1044482479)
**Author** Richard Hampton (1044482479)
**Sent** 2016-12-22 23:48:56 UTC
**Call Record**         **Type** phone
                        **Missed** true
                        **Duration** 0

**Recipients** Tricky Troy (100009627411306)
Richard Hampton (1044482479)
**Author** Richard Hampton (1044482479)
**Sent** 2016-12-22 23:49:37 UTC
**Deleted** false
**Body** I'm fixing to get on the phone with Susan and tell her to turn around and come back this way how's that now call me 479-567-2589

**Recipients** Tricky Troy (100009627411306)
Richard Hampton (1044482479)
**Author** Richard Hampton (1044482479)
**Sent** 2016-12-22 23:49:57 UTC
**Call Record**         **Type** phone
                        **Missed** true
                        **Duration** 0

**Recipients** Tricky Troy (100009627411306)
Richard Hampton (1044482479)
**Author** Richard Hampton (1044482479)
**Sent** 2016-12-22 23:51:06 UTC
**Call Record**         **Type** phone
                        **Missed** true
                        **Duration** 0

**Recipients** Richard Hampton (1044482479)

Facebook Business Record                                    Page 3177

|  |  |
|---|---|
| **Author** | Susan McCurrie Hampton (593155636) |
| **Sent** | 2016-12-19 12:00:38 UTC |
| **Call Record** | |
| **Type** | phone |
| **Missed** | false |
| **Duration** | 76 |

|  |  |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
|  | Susan McCurrie Hampton (593155636) |
| **Author** | Susan McCurrie Hampton (593155636) |
| **Sent** | 2016-12-19 13:51:48 UTC |
| **Deleted** | false |
| **Body** | Hey I need a ps3 for chandler for christmas..can u find me one for like cheap like $50 to $100. |

|  |  |
|---|---|
| **Recipients** | Susan McCurrie Hampton (593155636) |
|  | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-12-19 20:37:12 UTC |
| **IP** | 128.177.161.176 |
| **Deleted** | false |
| **Body** | I can check and see whats up |

|  |  |
|---|---|
| **Recipients** | Susan McCurrie Hampton (593155636) |
|  | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-12-19 21:25:10 UTC |
| **IP** | 128.177.161.150 |
| **Call Record** | |
| **Type** | phone |
| **Missed** | true |
| **Duration** | 0 |

|  |  |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
|  | Susan McCurrie Hampton (593155636) |
| **Author** | Susan McCurrie Hampton (593155636) |
| **Sent** | 2016-12-19 21:26:42 UTC |
| **Deleted** | false |
| **Body** | What's up? |

|  |  |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
|  | Susan McCurrie Hampton (593155636) |
| **Author** | Susan McCurrie Hampton (593155636) |
| **Sent** | 2016-12-19 21:27:24 UTC |
| **Deleted** | false |
| **Body** | Did u call |

|  |  |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
|  | Susan McCurrie Hampton (593155636) |
| **Author** | Susan McCurrie Hampton (593155636) |
| **Sent** | 2016-12-19 21:35:05 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Susan McCurrie Hampton (593155636) |
|  | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-12-19 21:36:32 UTC |
| **IP** | 128.177.161.150 |



GOVERNMENT EXHIBIT
1

       Deleted  false
          Body  Whats your address??

    Recipients  Tricky Troy (100009627411306)
                Susan McCurrie Hampton (593155636)
        Author  Susan McCurrie Hampton (593155636)
          Sent  2016-12-19 21:56:35 UTC
       Deleted  false
          Body  Why what's up?

    Recipients  Tricky Troy (100009627411306)
                Susan McCurrie Hampton (593155636)
        Author  Susan McCurrie Hampton (593155636)
          Sent  2016-12-19 22:20:49 UTC
       Deleted  false
          Body  Richard is home rite now

    Recipients  Tricky Troy (100009627411306)
                Susan McCurrie Hampton (593155636)
        Author  Susan McCurrie Hampton (593155636)
          Sent  2016-12-20 01:22:33 UTC
       Deleted  false
          Body  We r at home do u still want the address? R u gonna come c us?

    Recipients  Susan McCurrie Hampton (593155636)
                Tricky Troy (100009627411306)
        Author  Tricky Troy (100009627411306)
          Sent  2016-12-20 01:25:04 UTC
            IP  128.177.161.176
       Deleted  false
          Body  Yeah address

    Recipients  Tricky Troy (100009627411306)
                Susan McCurrie Hampton (593155636)
        Author  Susan McCurrie Hampton (593155636)
          Sent  2016-12-20 01:27:31 UTC
       Deleted  false
          Body  836 Bud Chesney Rd. Russellville AR 72802

    Recipients  Tricky Troy (100009627411306)
                Susan McCurrie Hampton (593155636)
        Author  Susan McCurrie Hampton (593155636)
          Sent  2016-12-20 04:09:58 UTC
       Deleted  false
          Body  Well what's up are you coming to see you sometime tonight

    Recipients  Tricky Troy (100009627411306)
                Susan McCurrie Hampton (593155636)
        Author  Susan McCurrie Hampton (593155636)
          Sent  2016-12-20 07:56:23 UTC
       Deleted  false
          Body  I need a card with like 20 put on it can u get one and I'll pay u when u bring it to
                me..got to order something off of wish

    Recipients  Susan McCurrie Hampton (593155636)
                Tricky Troy (100009627411306)
        Author  Tricky Troy (100009627411306)


GOVERNMENT EXHIBIT

**Deleted** false
**Body** Yo

**Recipients** Tricky Troy (100009627411306)
Shelby Roberts (606455621)
**Author** Shelby Roberts (606455621)
**Sent** 2017-01-12 16:59:47 UTC
**Deleted** false
**Body**
**Share**     **Date Created** 2014-11-06 20:50:08 UTC
              **Link** http://www.facebook.com/permalink.php?story_fbid=555529607927119&id=499707842
              **Text**
              **Url** http://scontent.xx.fbcdn.net/v/t39.1997-6/851557_369239266556155_759568595_n.png?oh=7465bdaa44cd46660d53310aa1c805dd&oe=6280F45C

**Attachments** sticker.png (555529607927119)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=555529607927119&mid=mid.1484240387211%3Ab0fc7b9d85&uid=100009627411306&accid=100009627411306&preview=0&hash=AQDg-MzNYj1lpWmYlNSwkhjNURZ_HB_sQoUEVLRJAZ_-LA



**Photo Id:** 555529607927119

**Recipients** Shelby Roberts (606455621)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2017-01-12 19:07:58 UTC
**IP** 76.95.255.69
**Deleted** false
**Body** Have I told you how much I love you today on the cool I lost my ID my wallet in a few hundred dollars and now I can't apply for these applications but I remember I had a certain friend that took a picture of my ID so now I can go ahead and get it my n****

**Recipients** Tricky Troy (100009627411306)
Shelby Roberts (606455621)
**Author** Shelby Roberts (606455621)
**Sent** 2017-01-12 19:08:26 UTC
**Deleted** false
**Body** Have you talked to Mike

**Recipients** Tricky Troy (100009627411306)
Shelby Roberts (606455621)
**Author** Shelby Roberts (606455621)
**Sent** 2017-01-12 19:09:25 UTC
**Deleted** false
**Body**
**Attachments** 15996157_10154668822935622_549269002_n.jpg (10154668822935622)


GOVERNMENT EXHIBIT 1

**Photo Id:**
10154668822935622

| | |
|---|---|
| Recipients | Shelby Roberts (606455621) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2017-01-12 19:14:53 UTC |
| IP | 76.95.255.69 |
| Deleted | false |
| Body | Hey is there any way you can take that picture and crop it down to just a point with the ID for me thank you |

| | |
|---|---|
| Recipients | Tricky Troy (100009627411306) |
| | Shelby Roberts (606455621) |
| Author | Shelby Roberts (606455621) |
| Sent | 2017-01-12 19:16:29 UTC |
| Deleted | false |
| Body | Have u talked to my husband or not dude i havent been able to get ahold of him since 1145 |

| | |
|---|---|
| Recipients | Shelby Roberts (606455621) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2017-01-12 19:16:56 UTC |
| IP | 76.95.255.69 |
| Deleted | false |
| Body | Not since then i did earlier |

| | |
|---|---|
| Recipients | Tricky Troy (100009627411306) |
| | Shelby Roberts (606455621) |
| Author | Shelby Roberts (606455621) |
| Sent | 2017-01-12 19:17:58 UTC |
| Deleted | false |
| Body | |
| Attachments | 15995443_10154668847885622_1580916601_n.jpg (10154668847885622) |
| Type | image/jpeg |
| URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=10154668847885622&mid=mid.1484248678412%3Af110285204&uid=100009627411306&accid=100009627411306&preview=0&hash=AQBIJUOD0_jVO1JXfbo8CA_smeM036lklBFkdb_QmYBCqw |



GOVERNMENT EXHIBIT

Facebook Business Record   Page 3773



**Photo Id:** 10154668847885622

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Shelby Roberts (606455621) |
| **Author** | Shelby Roberts (606455621) |
| **Sent** | 2017-01-12 19:57:05 UTC |
| **Call Record** | **Type** phone |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Shelby Roberts (606455621) |
| **Author** | Shelby Roberts (606455621) |
| **Sent** | 2017-01-12 19:57:47 UTC |
| **Deleted** | false |
| **Body** | They got mike |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Shelby Roberts (606455621) |
| **Author** | Shelby Roberts (606455621) |
| **Sent** | 2017-01-12 19:57:50 UTC |
| **Deleted** | false |
| **Body** | Answer |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Shelby Roberts (606455621) |
| **Author** | Shelby Roberts (606455621) |
| **Sent** | 2017-01-12 19:58:39 UTC |



Photo Id:
212688342462697

| | |
|---|---|
| Recipients | Tricky Troy (100009627411306) |
| | Cory Donnelly (100011645982610) |
| Author | Cory Donnelly (100011645982610) |
| Sent | 2016-07-29 01:00:47 UTC |
| Deleted | false |
| Body | |
| Attachments | video-1469754046.mp4 (212689702462561) |
| | Type video/mp4 |
| | Size 7746131 |
| | URL https://attachment.fbsbx.com/messaging_attachment.php?aid=212689702462561&mid=mid.1469754047561%3Ac0f2c804422d26cd43&uid=100009627411306&accid=100009627411306&preview=0&hash=AQC3rD2iJzgMaE8qR6jbgluelr_FhBP8GU2q5FRtOWtauQ |

| | |
|---|---|
| Recipients | Tricky Troy (100009627411306) |
| | Cory Donnelly (100011645982610) |
| Author | Cory Donnelly (100011645982610) |
| Sent | 2016-07-29 16:47:33 UTC |
| Deleted | false |
| Body | What's up bro |

| | | |
|---|---|---|
| Recipients | Tricky Troy (100009627411306) | |
| | Cory Donnelly (100011645982610) | |
| Author | Cory Donnelly (100011645982610) | |
| Sent | 2016-07-29 20:20:33 UTC | |
| Deleted | false | |
| Body | | |
| Share | Date Created | 2016-07-29 20:20:32 UTC |
| | Link | http://www.facebook.com/cory.donnelly.35/posts/213164082415123 |
| | Summary | Kit comes with 2 Front Lower Rear Control Arms, 1 Front Lower Control Arm, 1 Front Lower Control Arm, 2 Inner Tie Rod End, 2 Outer Tie Rod End, 1 Sway Bar Link, 1 Sway Bar Link, 1 Front Upper Control Arms, 1 Front Upper Control Arm, 2 Front Lower Ball Joints. Our replacement parts are designed to... |
| | Text | |
| | Title | 14 Piece Kit Front Lower & Upper Control Arm, Inner Outer Tie Rod Ends, Sway Bar Link Lower Ball Joints Only RWD |
| | Url | https://www.amazon.com/Piece-Front-Lower-Control-Joints/dp/B010VWL2B2/157-1138358-7900710?ie=UTF8&ref_=tsm_1_fb_lk |

| | |
|---|---|
| Recipients | Tricky Troy (100009627411306) |
| | Cory Donnelly (100011645982610) |
| Author | Cory Donnelly (100011645982610) |
| Sent | 2016-07-29 20:21:18 UTC |
| Deleted | false |
| Body | 303 meimerstorf lane rock at 72802 |



| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Cory Donnelly (100011645982610) |
| **Author** | Cory Donnelly (100011645982610) |
| **Sent** | 2016-07-29 20:24:01 UTC |
| **Deleted** | false |
| **Body** | 303 meimerstorf lane, Russellville, Ar, 72802 |

| | |
|---|---|
| **Recipients** | Cory Donnelly (100011645982610) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-07-30 02:27:25 UTC |
| **Deleted** | false |
| **Body** | I still need the link |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Cory Donnelly (100011645982610) |
| **Author** | Cory Donnelly (100011645982610) |
| **Sent** | 2016-07-30 02:33:24 UTC |
| **Deleted** | false |
| **Body** | dodge+magnum |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Cory Donnelly (100011645982610) |
| **Author** | Cory Donnelly (100011645982610) |
| **Sent** | 2016-07-30 02:33:34 UTC |
| **Deleted** | false |
| **Body** | Hold on |

| | | |
|---|---|---|
| **Recipients** | Tricky Troy (100009627411306) | |
| | Cory Donnelly (100011645982610) | |
| **Author** | Cory Donnelly (100011645982610) | |
| **Sent** | 2016-07-30 02:34:17 UTC | |
| **Deleted** | false | |
| **Body** | | |
| **Share** | **Date Created** | 2016-07-30 02:34:17 UTC |
| | **Link** | http://www.facebook.com/cory.donnelly.35/posts/213284582403073 |
| | **Summary** | Kit comes with 2 Front Lower Rear Control Arms, 1 Front Lower Control Arm, 1 Front Lower Control Arm, 2 Inner Tie Rod End, 2 Outer Tie Rod End, 1 Sway Bar Link, 1 Sway Bar Link, 1 Front Upper Control Arms, 1 Front Upper Control Arm, 2 Front Lower Ball Joints. Our replacement parts are designed to... |
| | **Text** | |
| | **Title** | 14 Piece Kit Front Lower & Upper Control Arm, Inner Outer Tie Rod Ends, Sway Bar Link Lower Ball Joints Only RWD |
| | **Url** | https://www.amazon.com/Piece-Front-Lower-Control-Joints/dp/B010VWL2B2/166-4827557-9873001?ie=UTF8&ref_=tsm_1_fb_lk |

| | |
|---|---|
| **Recipients** | Cory Donnelly (100011645982610) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-07-30 02:36:05 UTC |
| **Deleted** | false |
| **Body** | What's EXACT YEAR MAKE AND MODEL |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |

**Recipients** Sheena Cody (100002550767486)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-18 17:09:11 UTC
**Deleted** false
**Body** have other number to a friend

**Recipients** Tricky Troy (100009627411306)
Sheena Cody (100002550767486)
**Author** Sheena Cody (100002550767486)
**Sent** 2016-06-18 17:15:40 UTC
**Deleted** false
**Body** What

**Recipients** Sheena Cody (100002550767486)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-18 17:17:17 UTC
**IP** 173.218.168.217
**Call Record**          **Type** phone
**Missed** true
**Duration** 0

**Recipients** Sheena Cody (100002550767486)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-18 17:19:39 UTC
**IP** 173.218.168.217
**Call Record**          **Type** phone
**Missed** false
**Duration** 103

**Recipients** Tricky Troy (100009627411306)
Sheena Cody (100002550767486)
**Author** Sheena Cody (100002550767486)
**Sent** 2016-06-18 17:41:20 UTC
**Deleted** false
**Body** Hey brit gonna ask you something I only ask bc I think I can flip itv

**Recipients** Tricky Troy (100009627411306)
Sheena Cody (100002550767486)
**Author** Sheena Cody (100002550767486)
**Sent** 2016-06-18 18:52:38 UTC
**Deleted** false
**Body** Hey I'm at my house letting my little play in the water

**Recipients** Tricky Troy (100009627411306)
Sheena Cody (100002550767486)
**Author** Sheena Cody (100002550767486)
**Sent** 2016-06-18 18:52:54 UTC
**Deleted** false
**Body** My address is 413 N Erie ave

**Recipients** Sheena Cody (100002550767486)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-18 19:07:32 UTC

