# COVER SHEET
# STATE OF ARKANSAS
# CRIMINAL INFORMATION

This criminal Information cover sheet or the standard criminal information form is required by Supreme Court Administration Order Number 8 to be completed for every defendant and filed by the prosecutor. The data contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court rule.

| County | POPE | District | J | Case Number | CR 2008 65 |
|---|---|---|---|---|---|
| Judge | Kennedy | Division | | Filing Date | 1-29-08 |

Style of Case **State of Arkansas v. Troy Ryan Loadholt**

Prosecutor Providing Information: David L. Gibbons

| Is This an Amended Information | ☐ Yes | Is D being charges as a Habitual? | ☐ Yes |
|---|---|---|---|
| If Yes, are you | | Are multiple D's Charged in the information? | ☐ Yes |
| Adding Offense(s)? | ☐ Yes | | |
| Dropping Offense(s)? | ☐ Yes | Is victim under the age of 14? | ☐ Yes |
| Changing Offense(s)? | ☐ Yes | | |

CO-Defendants:

| Defendant's Full Name | Date of Birth | Race | Sex | SID# | Arrest Date |
|---|---|---|---|---|---|
| Troy Ryan Loadholt | [redacted] | B | Male | | |

| Address (Street, City, State, Zip) | SS# | Driver's License No. |
|---|---|---|
| [redacted] | [redacted] | |
| | Arrest Tracking # | Prosecutor's File |
| | 0 | 5922 |

**KNOWN ALAISES:**
**NOT AVAILABLE**

The attached information accuses the above named defendant of the following crime(s):

| Code # | Offense | A/C/S | Offense Date | Counts | F/M | Class |
|---|---|---|---|---|---|---|
| 5-64-401 | CONTROLLED SUBSTANCE/CRIMINAL PENALTIES | | 11/27/2007 | 1 | F | Y |
| 5-64-401 | CONTROLLED SUBSTANCE/CRIMINAL PENALTIES | | 12/17/2007 | 1 | F | Y |

FERN TUCKER, Circuit Clerk
100 W. Main
Russellville, AR 72801
_____
Circuit Clerk/Deputy Clerk

DAVID GIBBONS, P.A.
_____
Prosecuting Attorney/Deputy Prosecuting Attorney

GOVERNMENT EXHIBIT 4

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

**STATE OF ARKANSAS**                                           **PLAINTIFF**

**V.**               NO. CR 2008-65

**TROY RYAN LOADHOLT**                           **DEFENDANT**

### INFORMATION

Comes the Prosecuting Attorney for POPE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Troy Ryan Loadholt** with the crime(s) of **CONTROLLED SUBSTANCE/CRIMINAL PENALTIES** as follows:

**COUNT 1: DELIVERY CONTROLLED SUBSTANCE ARK. CODE ANN. § 5-64-401.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about 11/27/2007.

Knowingly, willfully, and unlawfully deliver a controlled substance, to wit: methamphetamine, to another person in exchange for money or something of value, the same constituting a Class Y Felony, against the peace and dignity of the State of Arkansas.

**COUNT 2: DELIVERY CONTROLLED SUBSTANCE/CRIMINAL PENALTIES ARK. CODE ANN. § 5-64-401.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about 12/17/2007.

Knowingly, willfully, and unlawfully deliver a controlled substance, to wit: methamphetamine, to another person in exchange for money or something of value, the same constituting a Class Y Felony, against the peace and dignity of the State of Arkansas.

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

CLASS Y FELONY
10 – 40 YEARS IN ADC AND.OR
0 - $10,000 FINE

David L. Gibbons, Prosecuting Attorney

BY: _____
David L. Gibbons

PRESENTED TO ME THIS 29 DAY OF JANUARY, 2008.

FERN TUCKER
CIRCUIT CLERK
BY: _____

AFTER A P ROBABLE CAUSE DETERMINATION WAS MADE IN THE FOREGOING CASE BY MUNICIPAL JUDGE DON BOURNE (SEE ORDER ATTACHED HERETO), AND AFTER REVIEWING THE ATTACHED CASE SUMMARY, I FIND PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A WARRANT AGAINST THE NAMED DEFENDANT.

_____
JUDGE

DATE _____1/28/08_____

Defendant's Full Name: **LOADHOLT, TROY RYAN**

## JUDGMENT AND COMMITMENT ORDER
### IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
### FIFTH JUDICIAL DISTRICT, CRIMINAL DIVISION

On 9/22/2008 the defendant appeared before the Court, was advised of the nature of the charges(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing. The Court made the following findings:

| | |
|---|---|
| Defendant's Full Name……………………: | LOADHOLT, TROY RYAN |
| Date Of Birth……………………………….: | ▓▓▓▓▓ |
| Race………………………………………….: | BLACK |
| Sex…………………………………………..: | MALE |
| SID #………………………………………...: | |
| Defendant's Attorney…………………….: | JAMES DUNHAM |
| Prosecuting Attorney or Deputy……….: | DAVID L. GIBBONS |
| Change Of Venue From………………….: | N/A |

Defendant was represented by ……………:
\_\_\_ private counsel      \_\_\_ appointed counsel
_X_ public defender     \_\_\_ himself/herself

Defendant made a voluntary, knowing and intelligent waiver of the right to counsel:
\_\_\_ Yes  \_\_\_ No

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

---

**TOTAL NUMBER OF COUNTS: 2**

---

Offense # 1

Docket #: CR 2008-65
Arrest Tracking #: ~~2008326~~

A.C.A.# of Offense: **5-64-401**
Name Of Offense: **CONTROLLED SUBSTANCE/CRIMINAL PENALTIES** – *del with subst*
Seriousness Level Of Offense: **7**
Criminal History Score: **Unknown**
Presumptive Sentence: **Not Available**
Sentence is a departure from the sentencing grid: **No**
Offense is a **Felony**
Classification of Offense: **Y**
Sentence Imposed: **3654 ~~months~~  0 days.**
Suspended Imposition of Sentence: **24 months  0 days.** (conditioned upon defendant living a law-abiding life – not committing any offense punishable by imprisonment – and upon defendant paying financial obligations ordered herein)
Defendant was sentenced as an Habitual Offender under A.C.A. 5-04-501, Subsections: \_\_(a) \_\_(b) \_\_(c) \_\_(d).
Sentence was enhanced by \_\_\_\_ months pursuant to A.C.A. _____.
Defendant \_\_\_ attempted \_\_\_ solicited \_\_\_ conspired to commit the offense.
Offense Date: **11/27/2007**
Number of Counts: **1**
Defendant was on \_\_\_ probation \_\_\_ parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. **No**
Victim of the offense was \_\_\_ under \_\_\_ over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
_X_ negotiated plea of guilty or nolo contendere.
\_\_\_ plea directly to the court of guilty or nolo contendere.
Defendant
\_\_\_ entered a plea as shown above and was sentenced by a jury.
\_\_\_ was found guilty of said charge(s) by the court, and sentenced by \_\_\_ the court \_\_\_ a jury.
\_\_\_ was found guilty at a jury trial, and sentenced by \_\_\_ the court \_\_\_ a jury.

---

Page 1 of 3      TcLG



0908-1461

Defendant's Full Name : Loadholt, Troy Ryan

Offense # 2                                                Docket #: CR 2008-65
                                                           Arrest Tracking # :

A.C.A.# of Offense: 5-64-401
Name Of Offense: CONTROLLED SUBSTANCE/CRIMINAL PENALTIES
Seriousness Level Of Offense: 7
Criminal History Score: Unknown
Presumptive Sentence: Not Available
Sentence is a departure from the sentencing grid: No
Offense is a Felony
Classification of Offense: Y
Sentence Imposed: ~~60~~ 54 months   0 days.
Suspended Imposition of Sentence: 24 months   0 days.(conditioned upon defendant living a law-abiding life – not committing any offense punishable by imprisonment – and upon defendant paying financial obligations ordered herein)
Defendant was sentenced as an Habitual Offender under A.C.A. 5-04-501, Subsections: __(a) __(b) __(c) __(d).
Sentence was enhanced by ____ months pursuant to A.C.A. _____.
Defendant ___ attempted ___ solicited ___ conspired to commit the offense.
Offense Date: 12/17/2007
Number of Counts: 1
Defendant was on ___ probation ___ parole at time of conviction.
Commitment on this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence. No
Victim of the offense was ___ under ___ over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
_X_ negotiated plea of guilty or nolo contendere.
___ plea directly to the court of guilty or nolo contendere.
Defendant
___ entered a plea as shown above and was sentenced by a jury.
___ was found guilty of said charge(s) by the court, and sentenced by ___ the court ___ a jury.
___ was found guilty at a jury trial, and sentenced by ___ the court ___ a jury.

*Nol pros* KB

Page 2 of 3

0908.1462                                                            TcLc

Defendant's full name : **Loadholt, Troy Ryan**

Indicate which sentences are to run consecutively:
Death Penalty:            Execution Date:
Total time to serve on all offenses listed above: 54 36 months.
Time is to be served at : **Arkansas Department of Correction**
Jail Time Credit:   days.

Defendant was convicted of a target offense under the Community Punishment Act. The Court hereby orders that the Defendant be judicially transferred to the Department of Community Correction (D.C.C.): **No**
Failure to meet the criteria or violation of the rules of the D.C.C. could result in transfer to the A.D.C.

Defendant was convicted of a "drug crime," as defined in Act 1086 of 2007, and codified at A.C.A. 12-17-101 *et seq.* **No**

Fines **$ 500.00**       Court Costs **$ 150.00**        ~~DNA Sample Fee (A.C.A. 12-12-1118)  $ 250.00~~
Drug Crime Special Assessment (A.C.A. 12-17-106)       Booking and Admin. Fee (A.C.A. 12-41-505)

A judgment of restitution is hereby entered against the Defendant in the amount and terms as show below:
Amount:              Due Immediately                    Installments of:
Payment to be made to:
If multiple beneficiaries, give names and show payment priority:

Defendant has been adjudicated guilty of an offense requiring registration as a sex offender, and is ordered to complete the Sex Offender Registration Form: **No**
Defendant adjudicated guilty of an offense requiring registration as a sex offender has been adjudicated guilty of a prior sex offense under a separate case number: **No**
Defendant is alleged to be a Sexually Violent Predator, and is ordered to undergo an evaluation at a facility designated by the Department of Correction pursuant to A.C.A. 12-12-918: **No**

Defendant has committed an aggravated sex offense, as defined in A.C.A. 12-12-903. **No**
Defendant was adjudicated guilty of a felony offense, a misdemeanor sexual offense, or a repeat offense (as Defined in A.C.A. 12-12-1103), and is ordered to have a DNA sample drawn at: county jail (other):   **Yes**

Defendant was informed of the right to appeal: **No**
Appeal Bond: $ **N/A**
The County Sheriff is hereby ordered to transport the Defendant to: **the Arkansas Department of Correction.**

The short report of circumstances attached hereto is approved.

Date: 9/29/08  Circuit Judge: ~~John S. Patterson~~    Signature: _[signature]_

I certify this is a true and correct record of this Court.

Date: 9/29/08  Circuit Clerk/Deputy: _[signature]_

(Seal)

Page: 2 of 2

0908-1463                                TL

PROSECUTOR'S SHORT REPORT OF CIRCUMSTANCES

This information is provided pursuant to A.C.A § 12-27-113 (C) (1) & (2) (Supp.1993).

Defendant's Name: Loadholt, Troy Ryan                                  SID #: N/A

Case #'s 2008-65

I.  SUMMARY OF THE FACTS:
    defendant delivered a controlled substance to a confidential informant while under surveillance of law enforcement
II. FACTORS:

**AGGRAVATING**

( ) Production or use of any weapon during the criminal episode.

( ) Threat or violence toward witnesss(es) or victim(s)

( ) Defendant knew or had reason to know the victims were particularly vulnerable (aged, handicapped, very young, etc.)

( ) Ability to make restitution, reparation or return property and failed to do so.

( ) Violation of position of public trust or recognized professional ethics.

( ) Degree of property loss, personal injury or threatened personal injury substantially greater than characteristic for the crime.

( ) There is a single conviction for a crime involving multiple victims or incidents.

( ) Defendant on probation or parole at the time of the crime.

( ) Persistent involvement in similar criminal offenses.

( ) Repetition of behavior pattern which contributes to criminal conduct, e.g., return to drug or alcohol abuse.

( ) Prior record of similar offenses.

( ) Serious prior record

( ) Pursuant to a Guilty or No Contest plea, other crimes were dismissed or not prosecuted.

( ) New criminal activity while on pretrial release.

( ) Persistent criminal misconduct while under supervision.

( ) Efforts to conceal crime.

( ) Other:

**MITIGATING**

( ) Victim(s) provoked the crime to substantial degree or other evidence that misconduct by victim contributed to the criminal episode.

( ) Cooperation with criminal justice agencies in resolution or other criminal activity.

( ) Effort to make restitution or reparation particularly before required to do so by sentencing.

( ) Degree of property loss, personal injury or threatened personal injury substantially less than characteristic for the crime.

( ) Special effort on part of perpetrator to minimize the harm or risk.

( ) Peripheral involvement in criminal episode (e.g., passive accessory).

( ) Evidence of withdrawal, duress, necessity or lack of s of sustained criminal intent or diminished mental capacity (e.g., mental retardation) which is insufficient to constitute a defense but is indicative of reduced culpability.

( ) No prior parole or probation difficulty.

( ) Efforts to deal with problems associated with past criminal conduct.

( ) No, or minimal, prior record.

( ) Other:

SIGNED _____
        Circuit Judge

SIGNED _____
        Prosecuting Attorney or Deputy

## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

**STATE OF ARKANSAS**   PLAINTIFF

V.   NO. CR 2013-21

**CHAD HENKE AND TROY LOADHOLT**   DEFENDANT

### INFORMATION

Comes the Prosecuting Attorney for POPE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Chad Henke and Troy Loadholt** with the crime(s) of **DELIVERY OF METHAMPHETAMINE OR COCAINE (b)(1), TRAFFICKING CONTROLLED SUBSTANCE (b)©, DRUG PARAPHERNALIA (b) and POSSESSION CONTROLLED SUBSTANCE (b)(1)(A)** as follows:

**COUNT 1: DELIVERY OF METHAMPHETAMINE OR COCAINE (b)(1) ARK. CODE ANN. § 5-64-422b1.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about December 4, 2012.

Knowingly, willfully and unlawfully, acting as principals and accomplices, one with the other, deliver a controlled substance, to wit: methamphetamine (less than 2 grams), the same constituting a Class C Felony, against the peace and dignity of the State of Arkansas.

**COUNT 2: TRAFFICKING CONTROLLED SUBSTANCE (b)© ARK. CODE ANN. § 5-64-440bc.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about December 4, 2012.

Knowingly, willfully and unlawfully acting as principals and accomplices, one with the other, possess a controlled substance, to wit: more than 200 grams methamphetamine, the same constituting a Class Y Felony, against the peace and dignity of the State of Arkansas.

**COUNT 3: DRUG PARAPHERNALIA (b) ARK. CODE ANN. § 5-64-443.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about December 4, 2012.

Knowingly, willfully and unlawfully acting as principals and accomplices, one with the other, use or possess drug paraphernalia with the purpose to use the drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, or conceal a controlled substance that is methamphetamine or cocaine, the same constituting a Class B Felony, against the peace and dignity of the State of Arkansas.

**COUNT 4: (HENKE ONLY) POSSESSION CONTROLLED SUBSTANCE (b)(1)(A) ARK. CODE ANN. § 5-64-419b1a.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about December 4, 2012.

Knowingly, willfully and unlawfully possess a controlled substance, to wit: methamphetamine (less than 2 grams), the same constituting a Class D Felony, against the peace and dignity of the State of Arkansas.

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

HENKE ONLY
CLASS Y FELONY
10 – 40 YEARS IN ADC OR LIFE
0 - $25,000 FINE

CLASS C FELONY
3 – 10 YEARS IN ADC AND/OR
0 - $10,000 FINE

CLASS D FELONY
0 – 6 YEARS IN ADC AND/OR
0 - $10,000 FINE

LOADHOLT ONLY

**NOT TO BE READ TO JURY** – DEFENDANT IS A HABITUAL OFFENDER UNDER THE PROVISIONS OF ACA 5-4-501 HAVING BEEN PREVIOSLY CONVICTED OF MORE THAN 1 BUT LESS THAN 4 FELONY OFFENSES.

CLASS Y FELONY
10 – 60 YEARS IN ADC OR LIFE
0 - $25,000 FINE

CLASS C FELONY
3 – 20 YEARS IN ADC AND/OR
0 - $10,000 FINE

CLASS D FELONY
0 – 12 YEARS IN ADC AND/OR
0 - $10,000 FINE

David L. Gibbons, Prosecuting Attorney

BY: _____
David L. Gibbons

PRESENTED TO ME THIS 3 DAY OF DECEMBER, 20~~12~~ 13

FERN TUCKER, CIRCUIT CLERK

BY: _____

AFTER A P ROBABLE CAUSE DETERMINATION WAS MADE IN THE FOREGOING CASE BY MUNICIPAL JUDGE DON BOURNE (SEE ORDER ATTACHED HERETO), AND AFTER REVIEWING THE ATTACHED CASE SUMMARY, I FIND PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A WARRANT AGAINST THE NAMED DEFENDANT.

*William Lee*
JUDGE

1-3-13
DATE