# SENTENCING ORDER

IN THE CIRCUIT COURT OF **Pope** COUNTY, ARKANSAS, **FIFTH** JUDICIAL DISTRICT **1** DIVISION

On **4/8/2013** the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Court Info

| | |
|---|---|
| Judge | WILLIAM PEARSON |
| Prosecuting Attorney/Deputy | David L. Gibbons |
| Defendant's Attorney | DEBRA REECE — ☑ Private ☐ Public Defender ☐ Appointed ☐ Pro Se |
| Change of Venue | ☐ Yes ☑ No |
| If Yes, from: | |

File Stamp: FILED POPE CO. CIRCUIT CLERK 2013 APR 8 PM 12:31

## Legal Statements

☐ Pursuant to A.C.A. ☑ 16-93-301 et seq., ☑ 5-64-413 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgement of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgement should not be pronounced, a judgement:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

☑ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.   ☐ Yes ☑ No

## Offender

| | | | | |
|---|---|---|---|---|
| Defendant [Last, First, MI] | Loadholt, Troy Ryan | DOB ▇▇▇ | Sex ☑ Male ☐ Female | Total Number of Counts: 3 |
| SID# | 3292588 | Race & Ethnicity: ☐ White ☑ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic | | |
| Supervision Status at Time of Offense | | | | |

## Offense #1: Most Serious Offense

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-64-420b3 - POSSESSION WITH PURPOSE TO DELIVER (b0(3) |
| Offense was | ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| A.C.A. # Orig. Charge | 5-64-422b1 |
| Case # | 2013-21 |
| ATN | POP005094706 |
| Offense Date | 12/4/2012 |
| Appeal from District Court | ☐ Yes ☑ No |
| Probation/SIS Revocation | ☐ Yes ☑ No |
| Criminal History Score | 3 |
| Seriousness Level | 7 |
| Offense is | ☑ Felony ☐ Misd. |
| Offense Classification | ☐ Y ☑ A ☐ B ☐ C ☐ D ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of 120 months ☐ Community Corrections Center ☐ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense |

Defendant Sentence: ☑ ADC ☐ Jud Trans ☐ Cnty Jail
Imposed: 168 months
Probation: 0 months
SIS: 0 months
Other: ☐ Life ☐ LWOP ☐ Death

If probation is accompanied by period of confinement, state time: ___ days ___ mths
Sentence was enhanced ___ months, pursuant to A.C.A. ___
Enhancement is to run ☐ Concurrent ☐ Consecutive
Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

Victim Information [Multiple Victims]: ☑ N/A ☐ Yes ☑ No   Age ___   Sex ☐ Male ☐ Female   Race & Ethnicity: ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently and knowingly entered a:
☒ negotiated plea of ☒ guilty / ☐ nolo contendere
☐ plea directly to the court of ☐ guilty / ☐ nolo contendere

Defendant: ☐ 16-93-301 et seq. ☐ 5-64-413 et seq.
☐ was sentenced pursuant to ☐ Other ___
☐ entered a plea and was sentenced by a jury.   ☐ court ☐ jury
☐ was found guilty by the court & sentenced by   ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by   ☐ court ☐ jury
☐ was found guilty of lesser offense by

Sentence is a Departure: ☑ Yes ☐ No ☐ N/A
Sentence Departure: ☑ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence: 48

Departure Reason: Mitigating # ___ or Aggravating # 4   (For Agg #16, Mit #10 or departure from guidelines, explain)

Sentence will run ☐ Consecutive ☐ Concurrent to Offense # ___ or to Case # ___

GOVERNMENT EXHIBIT 5

0413-511

Defendant's Full Name: Loadholt, Troy Ryan

## Additional Offense #2

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-64-440bc - TRAFFICKING CONTROLLED SUBSTANCE (b)(c) |
| Offense was | ☑ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| A.C.A. # Orig. Charge | |
| Case # | 2013-21 |
| ATN | POP005094706 |
| Offense Date | 12/4/2012 |
| Appeal from District Court | ☐ Yes ☑ No |
| Probation/SIS Revocation | ☐ Yes ☑ No |
| Criminal History Score | 3 |
| Seriousness Level | 8 |
| Offense is | ☑ Felony ☐ Misd. |
| Offense Classification | ☑ Y ☐ A ☐ B ☐ C ☐ D ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of 360 months ☐ Community Corrections Center ☐ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☑ Attempted ☑ Solicited ☑ Conspired to Commit the Offense |

**Defendant Sentence:** ☐ ADC ☐ Jud Trans ☐ Cnty Jail
- Imposed: 0 months
- Probation: 0 months
- SIS: 0 months
- Other: ☐ Life ☐ LWOP ☐ Death

If probation is accompanied by period of confinement, state time: ___ days ___ mths
Sentence was enhanced ___ months, pursuant to A.C.A. ___
Enhancement is to run ☑ Concurrent ☑ Consecutive
Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

**Victim Information [Multiple Victims]:** ☑ N/A ☐ Yes ☑ No
**Age:** ___
**Sex:** ☑ Male ☐ Female
**Race & Ethnicity:** ☑ White ☑ Black ☑ Asian ☑ Native American ☑ Pacific Islander ☑ Other ☑ Unknown ☑ Hispanic

Defendant: ☑ 16-93-301 et seq. ☑ 5-64-413 et seq.
☐ was sentenced pursuant to ☑ Other ___

Defendant voluntarily, intelligently and knowingly entered a
☐ negotiated plea of ☑ guilty ☑ nolo contendere
☐ plea directly to the court of ☑ guilty ☑ nolo contendere

☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☑ court ☑ jury
☐ was found guilty at a jury trial & sentenced by ☑ court ☑ jury
☐ was found guilty of lesser offense by ☑ court ☑ jury

**Sentence is a Departure:** ☑ Yes ☑ No ☑ N/A
**Sentence Departure:** ☑ Durational ☑ Dispositional ☑ Both
If Durational, state how many months above/below the Presumptive Sentence ___

**Departure Reason:** Mitigating # ___ or Aggravating # ___ (For Agg #16, Mit #10 or departure from guidelines, explain)

**Sentence will run** ☑ Consecutive ☑ Concurrent to Offense # ___ or to Case # ___

## Additional Offense #3

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-64-443 - DRUG PARAPHERNALIA (b) |
| Offense was | ☑ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| A.C.A. # Orig. Charge | |
| Case # | 2013-21 |
| ATN | POP005094706 |
| Offense Date | 12/4/2012 |
| Appeal from District Court | ☐ Yes ☑ No |
| Probation/SIS Revocation | ☐ Yes ☑ No |
| Criminal History Score | 3 |
| Seriousness Level | 6 |
| Offense is | ☑ Felony ☐ Misd. |
| Offense Classification | ☐ Y ☐ A ☑ B ☐ C ☐ D ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of 108 months ☑ Community Corrections Center ☑ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☑ Attempted ☑ Solicited ☑ Conspired to Commit the Offense |

**Defendant Sentence:** ☐ ADC ☐ Jud Trans ☐ Cnty Jail
- Imposed: 0 months
- Probation: 0 months
- SIS: 0 months
- Other: ☐ Life ☐ LWOP ☐ Death

If probation is accompanied by period of confinement, state time: ___ days ___ mths
Sentence was enhanced ___ months, pursuant to A.C.A. ___
Enhancement is to run ☑ Concurrent ☑ Consecutive
Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

**Victim Information [Multiple Victims]:** ☑ N/A ☐ Yes ☑ No
**Age:** ___
**Sex:** ☑ Male ☐ Female
**Race & Ethnicity:** ☑ White ☑ Black ☑ Asian ☑ Native American ☑ Pacific Islander ☑ Other ☑ Unknown ☑ Hispanic

Defendant: ☑ 16-93-301 et seq. ☑ 5-64-413 et seq.
☐ was sentenced pursuant to ☑ Other ___

Defendant voluntarily, intelligently and knowingly entered a
☐ negotiated plea of ☑ guilty ☑ nolo contendere
☐ plea directly to the court of ☑ guilty ☑ nolo contendere

☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☑ court ☑ jury
☐ was found guilty at a jury trial & sentenced by ☑ court ☑ jury
☐ was found guilty of lesser offense by ☑ court ☑ jury

**Sentence is a Departure:** ☑ Yes ☑ No ☑ N/A
**Sentence Departure:** ☑ Durational ☑ Dispositional ☑ Both
If Durational, state how many months above/below the Presumptive Sentence ___

**Departure Reason:** Mitigating # ___ or Aggravating # ___ (For Agg #16, Mit #10 or departure from guidelines, explain)

**Sentence will run** ☑ Consecutive ☑ Concurrent to Offense # ___ or to Case # ___

0413-512

Defendant's Full Name: Loadholt, Troy Ryan

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form.
☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903.
☐ Yes  ☑ No

Defendant is alleged to be a sexually violent predator and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes  ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes  ☑ No    Case Number(s)

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No
If Yes, state the name of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant.

### DNA Sample / Qualifying Offenses
Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.  ☐ Yes  ☑ No
Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility  ☐ the A.D.C.  ☐ Other

### Drug Crime
Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☑ Yes  ☐ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $150.00 |
| Fines | |
| Booking/Admin Fees ($20) | $20.00 |
| Drug Crime Assessment Fee ($125) | $125.00 |
| DNA Sample Fee ($250) | |
| Mandatory Sex Offender Fee ($250) | |
| Public Defender User Fee ($25) | |
| Public Defender Attorney Fee | |
| Other (explain below) | |

Restitution
Payable to [if multiple beneficiaries, give names and payment priority]

Terms  ☐ Due Immediately
☑ Installments of: $50 PER MONTH BEGINNING
☑ Payments must be made within 30 days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Act 531, 16-93-1201 et seq.: Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes  ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.  ☐ Yes  ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.  ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied  ☐ Yes ☑ No

| JAIL TIME CREDIT | TOTAL TIME TO BE SERVED FOR ALL OFFENSES | Death Penalty | If Yes, State Execution Date |
|---|---|---|---|
| In days: 125 | In months: 168  ☐ Life ☐ LWOP | ☐ Yes ☑ No | |

DEFENDANT IS ASSIGNED TO:  ☑ ADC  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS  ☐ SPECIAL CONDITIONS

Conditions of disposition or probation are attached.  ☐ Yes ☑ No

☐ Defendant has previously failed a drug court program

A copy of the Pre-sentence investigation on sentencing information is attached  ☐ Yes ☑ No
A copy of the Prosecutor's Short Report is attached  ☑ Yes ☐ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS  ☐ Yes ☑ No    Appeal Bond $

The County Sheriff is hereby ordered to:  ☐ transport the defendant to county jail  ☐ take custody for referral to CCC  ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC  ☐ Yes ☑ No

## Signature

Prosecuting Attorney Deputy Signature: [signature]
Date:
Print Name: David L. Gibbons

Circuit Judge Signature: William M. Pearson
Date: 4-8-13
Print Name: WILLIAM PEARSON

Additional Info

0413-513

## ACKNOWLEDGMENT

I, hereby acknowledge receipt of a copy of the foregoing order on this 6th day of April, 2012, and do state that I fully understand the above conditions which are being imposed on me and the consequences of my violating any of those conditions.

_____
DEFENDANT

4/8/13
_____
DATE

0413-514

II.  FACTORS:

|  | AGGRAVATING |  | MITIGATING |
|---|---|---|---|
| ( ) | Production or use of any weapon during the criminal episode. | ( ) | Victim(s) provoked the crime to substantial or other evidence that misconduct by victim contributed to the criminal episode. |
| ( ) | Threat or violence toward witnesss(es) or victim(s) | ( ) | Cooperation with criminal justice agencies i resolution or other criminal activity. |
| ( ) | Defendant knew or had reason to know the victims were particularly vulnerable (aged, handicapped, very young, etc.) | ( ) | Effort to make restitution or reparation(parti before required to do so by sentencing). |
| ( ) | Ability to make restitution, reparation or return property and failed to do so. | ( ) | Degree of property loss, personal injury or threatened personal injury substantially less characteristic for the crime. |
| ( ) | Violation of position of public trust or recognized professional ethics. | ( ) | Special effort on part of perpetrator to minin the harm or risk. |
| ( ) | Degree of property loss, personal injury or threatened personal injury substantially greater than characteristic for the crime. | ( ) | Peripheral involvement in criminal episode ( passive accessory). |
| ( ) | There is a single conviction for a crime involving multiple victims or incidents. | ( ) | Evidence of withdrawal, duress, necessity c of sustained criminal intent or diminished m capacity (e.g., mental retardation) which is insufficient to constitute a defense but is ind of reduced culpability. |
| (X) | Defendant on probation or parole at the time of the crime. | | |
| ( ) | Persistent involvement in similar criminal offenses. | ( ) | No prior parole or probation difficulty. |
| (X) | Repetition of behavior pattern which contributes to criminal conduct, e.g., return to drug or alcohol abuse. | ( ) | Efforts to deal with problems associated wit criminal conduct. |
| (X) | Prior record of similar offenses. | ( ) | No, or minimal, prior record. |
| ( ) | Serious prior record | ( ) | Other: |
| (X) | Pursuant to a Guilty or No Contest plea, other crimes were dismissed or not prosecuted. | | |
| ( ) | New criminal activity while on pretrial release. | | |
| ( ) | Persistent criminal misconduct while under supervision. | | |
| ( ) | Efforts to conceal crime. | | |
| ( ) | Other: | | |

2013 APR -8 PM 12:17

SIGNED  _William M. Lee_
Circuit Judge

SIGNED  _____
Prosecuting Attorney or Deputy