April 25, 2025
5:19:45 pm

P. 0003/0015

(FAX)4799884166

15:25 Russellville District Court

04/25/2025

Case 4:17-cr-00293-BSM    Document 2944-6    Filed 11/07/25

GOVERNMENT
EXHIBIT
6

Page 1 of 2

PENGAD 800-631-6989

**Pope County District Court - Russellville Dept**

**Docket**

**Case #:** CR-07-5353

## Defendant Information    Loadholt, Troy R

| | | |
|---|---|---|
| **Name:** Loadholt, Troy R | **DOB:** | **Age:** 43  **SSN:** | **HmPhone:** | **SID:** |
| | **Sex:** Male | **Ht:** 5.09  **DL#:** | **WrkPhone:** | **NCIC:** |
| **Attorney:** Irwin, Seth | **Race:** Black | **Wt:** 150  **Employer:** Atkins Flea Market Colle | | **FP:** |

## Case Information

**Case #:** CR-07-5353    **Filing Date:** 09/21/07    **Case Type:** Criminal    **Case Category:** Drugs    **First Appear Date:** 10/23/07

### Charge Document Information

**Chrg Doc#:** WR-07-4007    **Accident:** No    **Booking#:**    **Witness(s)\Victim(s)\Interpreter(s):**
**Viol Date:** 09/21/07    **Radar:** No    **Jail:**
**Filing Date:** 09/21/07    **Paced:** No    **Release:**
    **Type:** Warrant    **Seatbelt:** No    **Release Date:**
    **Juris:** City Of Russellville    **Speed:** 0 / 0    **Bond Amt:** $ 0.00
    **PIN#:**    **BAC:** 0.00    **Bond Co:**
    **Officer :** Davenport, Bryce    **Statute#:** 5-64-101 5-64-419

**Comments:**

### Charge Information

| Chrg Doc#: | Chrg# | Cnt#: | Off#: | Charge | Plea | Finding | Disposition | Disp Date |
|---|---|---|---|---|---|---|---|---|
| WR-07-4007 | 1 | 1 | 1 | Poss. Of Controlled Substance | No Contest | Guilty | Finding Entered | 01/16/08 |

### Time Pay Contract Information

| Contract# | Date | Start Date | Pay Freq | MinPayAmt | Pay by Date | Balance | Status | Last Pay Date |
|---|---|---|---|---|---|---|---|---|
| TP-16-3011 | 06/22/16 | 07/25/16 | Monthly | $ 30.00 | | $ 0.00 | Current | |

### Order Information

| Chrg Doc# | Chrg# | Date | Type | Description | Start | Due | Mon | Unit | T/P # | Qty Amt | Susp Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WR-07-4007 | 1 | 01/16/08 | Sentence | Fine, Cost, Fee & Restitution | 01/16/08 | 01/16/08 | Yes | | | $ 925.00 | $ 0.00 |

**Order Total:** $ 925.00    **Adj Total:** $ 925.00    **Total Receipts:** $ 0.00    **Balance:** $ 0.00

### Event Information

| Date | Description | Employee | Event Text |
|---|---|---|---|
| 09/21/07 | Warrant | TR | Affidavit Warrant Issued as Case# CR-07-5353 on 09/21/07. Initial Assessment for $675.00 of Fine; $100.00 of Cost; Fees of ($125.00 for Drug Crime Special Assess Fee;$20.00 for Jail Booking and Admin Fee;$5.00 for Prisoner Expense Fines; ) for Total |
| 09/21/07 | Warrant | TR | Fees of $150.00 ; for a Total Amount of $925.00. |
| 10/17/07 | Warrant | TW | Case Scheduled for Arraignment on 10/23/07. |
| 10/17/07 | Warrant | TW | Affidavit Warrant Served by Davenport, Bryce  on 10/17/07. |
| 10/22/07 | PleaFindDispo | TR | In Court ( Arraignment On 10/23/07), On Chrg# 1 ( 564101-Poss. Of Controlled Substance ).  Defendant Plead: Not Guilty. |
| 10/22/07 | Re-Scheduled | TR | Hearing Rescheduled From 10/23/07 ( Arraignment) To 12/12/07 ( Possession Trial). Requested By The Defense. |
| 10/22/07 | Disposition | TR | Case Hearing( Arraignment on 10/23/07) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |

April 25, 2025
3:19:45 pm

**Pope County District Court - Russellville Dept**

Docket

**Case #:**   CR-07-5353

| | | | |
|---|---|---|---|
| 12/14/07 | Re-Scheduled | TR | Hearing Rescheduled From 12/12/07 ( Possession Trial) To 01/09/08 ( Bench Trial). Requested By The Defense. Speedy Trial Tolled / Passed For Disposition Only / No Witnesses Needed. |
| 12/14/07 | Disposition | TR | Case Hearing( Possession Trial on 12/12/07) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |
| 12/19/07 | Activity | TR | Hearing Rescheduled from 01/09/08 ( Bench Trial) to 01/09/08 ( Bench Trial). |
| 01/10/08 | Re-Scheduled | TR | Hearing Rescheduled From 01/09/08 ( Bench Trial) To 01/17/08 ( Bench Trial). Requested By The Defense. Speedy Trial Tolled. |
| 01/10/08 | Disposition | TR | Case Hearing( Bench Trial on 01/09/08) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |
| 01/11/08 | Re-Scheduled | TR | Hearing Rescheduled From 01/17/08 ( Bench Trial) To 01/16/08 ( Bench Trial). Requested By The Court. |
| 01/11/08 | Disposition | TR | Case Hearing( Bench Trial on 01/17/08) Completed by presiding Judge ( Bradley, Len) .Prosecutor ( Division, Prosecutor) present. |
| 01/16/08 | PleaFindDispo | TR | In Court ( Bench Trial On 01/16/08), On Chrg# 1 ( 564101-Poss. Of Controlled Substance ). Defendant Plead: No Contest. Court Found Defendant: Guilty. Finding Entered. |
| 01/16/08 | Order | TR | In Court ( Bench Trial On 01/16/08), On Chrg#1 ( 564101-Poss. Of Controlled Substance), Court Ordered Defendant To Pay: ($675.00 Of Fine, $100.00 Of Cost, $125.00 Of Drug Crime Special Assess Fee, $20.00 Of Jail Booking And Admin Fee, $5.00 Of Prison |
| 01/16/08 | Order | TR | er Expense Fines) In The Total Amount Of $925.00. Attorney Seth Irwin And Defendant Present: Pay In Full By 2-20-08. Driver's License Suspended Six Months. (counsel Advises Appeal). Entered. |
| 01/16/08 | Disposition | TR | Case Hearing( Bench Trial on 01/16/08) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |
| 07/30/08 | Activity | TR | On Case # CR-07-5353 Defendant Given Work Performance Credit Against FCFR Order in the Amount of $925.00 For Work Performed at Jail Between the Dates of 05/27/08 and 05/28/08. Credit Authorized By Bourne, Don W. |

P. 0004/0015   (FAX)4796684166   15:27 Russellville District Court   04/25/2025

April 25, 2025
3:19:54 pm

**Pope County District Court - Russellville Dept**

**Docket**
**Case #:** CR-07-5354

**Defendant Information**   Loadholt, Troy R

| | | | |
|---|---|---|---|
| **Name:** Loadholt, Troy R | **DOB:** | **Age:** 43 | **SSN:** |
| | **Sex:** Male | **Ht:** 5.09 | **DL #:** |
| **Attorney:** Irwin, Seth | **Race:** Black | **Wt:** 150 | **Employer:** Atkins Flea Market Colle |

HmPhone:
WrkPhone:
SID:
NCIC:
FP:

**Case Information**

**Case #:** CR-07-5354   **Filing Date:** 09/21/07   **Case Type:** Criminal   **Case Category:** Drugs   **First Appear Date:** 10/23/07

**Charge Document Information**

**Chrg Doc#:** WR-07-4007
**Viol Date:** 09/21/07
**Filing Date:** 09/21/07
**Type:** Warrant
**Juris:** City Of Russellville
**PIN#:**
**Officer:** Davenport, Bryce

**Accident:** No
**Radar:** No
**Paced:** No
**Seatbelt:** No
**Speed:** 0 / 0
**BAC:** 0.00

**Booking#:**
**Jail:**
**Release:**
**Release Date:**
**Bond Amt:** $ 0.00
**Bond Co:**
**Statute#:** 5-64-443Act1451-2001

**Witness(s)\Victim(s)\Interpreter(s):**

**Comments:**

**Charge Information**

| Chrg Doc#: | Chrg# | Cnt#: | Off#: | Charge | Plea | Finding | Disposition | Disp Date |
|---|---|---|---|---|---|---|---|---|
| WR-07-4007 | 1 | 1 | 1 | Poss. Of Drug Paraphernalia | No Contest | Guilty | Finding Entered | 01/16/08 |

**Time Pay Contract Information**

| Contract# | Date | Start Date | Pay Freq | MinPayAmt | Pay by Date | Balance | Status | Last Pay Date |
|---|---|---|---|---|---|---|---|---|
| TP-16-3011 | 06/22/16 | 07/25/16 | Monthly | $ 30.00 | | $ 0.00 | Current | |

**Order Information**

| Chrg Doc# | Chrg# | Date | Type | Description | Start | Due | Mon | Unit | T/P # | Qty Amt | Susp Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WR-07-4007 | 1 | 01/16/08 | Sentence | Fine, Cost, Fee & Restitution | 01/16/08 | 01/16/08 | Yes | | | $ 600.00 | $ 0.00 |

**Order Total:** $ 600.00   **Adj Total:** $ 600.00   **Total Receipts:** $ 0.00   **Balance:** $ 0.00

**Event Information**

| Date | Description | Employee | Event Text |
|---|---|---|---|
| 09/21/07 | Warrant | TR | Affidavit Warrant Issued as Case# CR-07-5354 on 09/21/07. Initial Assessment for $350.00 of Fine; $100.00 of Cost; Fees of ($125.00 for Drug Crime Special Assess Fee;$20.00 for Jail Booking and Admin Fee;$5.00 for Prisoner Expense Fines; ) for Total |
| 09/21/07 | Warrant | TR | Fees of $150.00 ; for a Total Amount of $600.00. |
| 10/17/07 | Warrant | TW | Case Scheduled for Arraignment on 10/23/07. |
| 10/17/07 | Warrant | TW | Affidavit Warrant Served by Davenport, Bryce on 10/17/07. |
| 10/22/07 | PleaFindDispo | TR | In Court ( Arraignment On 10/23/07), On Chrg# 1 ( Act14512001-Poss. Of Drug Paraphernalia ). Defendant Plead: Not Guilty. |
| 10/22/07 | Re-Scheduled | TR | Hearing Rescheduled From 10/23/07 ( Arraignment) To 12/12/07 ( Possession Trial). Requested By The Defense. |
| 10/22/07 | Disposition | TR | Case Hearing( Arraignment on 10/23/07) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |

April 25, 2025
3:19:54 pm

**Pope County District Court - Russellville Dept**

**Docket**

**Case #:    CR-07-5354**

| | | | |
|---|---|---|---|
| 12/14/07 | Re-Scheduled | TR | Hearing Rescheduled From 12/12/07 ( Possession Trial) To 01/09/08 ( Bench Trial). Requested By The Defense. Speedy Trial Tolled / Passed For Disposition Only / No Witnesses Needed. |
| 12/14/07 | Disposition | TR | Case Hearing( Possession Trial on 12/12/07) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |
| 12/19/07 | Activity | TR | Hearing Rescheduled from 01/09/08 ( Bench Trial)  to 01/09/08 ( Bench Trial). |
| 01/10/08 | Re-Scheduled | TR | Hearing Rescheduled From 01/09/08 ( Bench Trial) To 01/17/08 ( Bench Trial). Requested By The Defense. |
| 01/10/08 | Disposition | TR | Case Hearing( Bench Trial on 01/09/08) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |
| 01/11/08 | Re-Scheduled | TR | Hearing Rescheduled From 01/17/08 ( Bench Trial) To 01/16/08 ( Bench Trial). Requested By The Court. |
| 01/11/08 | Disposition | TR | Case Hearing( Bench Trial on 01/17/08) Completed by presiding Judge ( Bradley, Len) .Prosecutor ( Division, Prosecutor) present. |
| 01/16/08 | Participation | TR | In Court ( Bench Trial On 01/16/08) Attorney ( Irwin, Seth ) Was Present. Defendant ( Loadholt, Troy R ) Was Present. |
| 01/16/08 | PleaFindDispo | TR | In Court ( Bench Trial On 01/16/08), On Chrg# 1 ( Act14512001-Poss. Of Drug Paraphernalia ).  Defendant Plead: No Contest.  Court Found Defendant: Guilty.  Finding Entered. |
| 01/16/08 | Order | TR | In Court ( Bench Trial On 01/16/08), On Chrg#1 ( Act14512001-Poss. Of Drug Paraphernalia), Court Ordered Defendant To Pay: ($350.00 Of Fine, $100.00 Of Cost, $125.00 Of Drug Crime Special Assess Fee, $20.00 Of Jail Booking And Admin Fee, $5.00 Of Pri |
| 01/16/08 | Order | TR | soner Expense Fines) In The Total Amount Of $600.00.  Pay In Full By 2-20-08. (counsel Advises Appeal). Entered. |
| 01/16/08 | Disposition | TR | Case Hearing( Bench Trial on 01/16/08) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |
| 07/30/08 | Activity | TR | On Case # CR-07-5354 Defendant Given Work Performance Credit Against FCFR Order in the Amount of $600.00 For Work Performed at Jail Between the Dates of 05/27/08 and 05/28/08. Credit Authorized By Bourne, Don W. |