April 25, 2025　　　　　　　　　　　　　Pope County District Court - Russellville Dept
3:20:34 pm
　　　　　　　　　　　　　　　　　　　　　　　Docket
　　　　　　　　　　　　　　　　　　　Case #:   CR-16-1622


GOVERNMENT EXHIBIT 7

### Defendant Information — Loadholt, Troy R

| Name: | Loadholt, Troy R | DOB: | ▓▓▓ | Age: | 43 | SSN: | | HmPhone: | (479)567-5505 | SID: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Sex: Male | | Ht: 5.09 | | DL #: ▓▓▓ | | WrkPhone: | | NCIC: |
| Attorney: | | Race: Black | | Wt: 150 | | Employer: Atkins Flea Market Colle | | | | FP: |

### Case Information

| Case #: | CR-16-1622 | Filing Date: | 04/04/16 | Case Type: | Criminal | Case Category: | AOC Misd-Property | First Appear Date: | 05/03/16 |
|---|---|---|---|---|---|---|---|---|---|

### Charge Document Information

| Chrg Doc#: 194061 | Accident: No | Booking#: | Witness(s)\Victim(s)\Interpreter(s): |
|---|---|---|---|
| Viol Date: 04/04/16 | Radar: No | Jail: | |
| Filing Date: 04/04/16 | Paced: No | Release: | |
| Type: Traffic Citation | Seatbelt: Yes | Release Date: | |
| Juris: City Of Russellville | Speed: 0 / 0 | Bond Amt: $ 0.00 | |
| PIN#: 168738 | BAC: 0.00 | Bond Co: | |
| Officer: Sisson, Beau | | Statute#: 5-36-106 | |
| Comments: | | | |

### Charge Information

| Chrg Doc#: | Chrg# | Cnt#: | Off#: | Charge | Plea | Finding | Disposition | Disp Date |
|---|---|---|---|---|---|---|---|---|
| 194061 | 1 | 1 | 1 | Theft By Receiving | Guilty | Guilty | Finding Entered | 05/03/16 |

### Time Pay Contract Information

| Contract# | Date | Start Date | Pay Freq | MinPayAmt | Pay by Date | Balance | Status | Last Pay Date |
|---|---|---|---|---|---|---|---|---|
| TP-16-3011 | 06/22/16 | 07/25/16 | Monthly | $ 30.00 | | $ 0.00 | Current | |

### Order Information

| Chrg Doc# | Chrg# | Date | Type | Description | Start | Due | Mon | Unit | T/P # | Qty Amt | Susp Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 194061 | 1 | 05/03/16 | Sentence | Fine, Cost, Fee & Restitution | 05/03/16 | 05/03/16 | Yes | | | $ 850.00 | $ 0.00 |

Order Total: $ 850.00    Adj Total: $ 550.00    Total Receipts: $ 300.00    Balance: $ 0.00

### Receipt Information

| 1. | 05/03/16 | 16-8776 | $300.00 |
|---|---|---|---|

### Event Information

| Date | Description | Employee | Event Text |
|---|---|---|---|
| 04/04/16 | Charge Document | DR | Charge Document# 194061 filed 04/04/16. |
| 04/04/16 | Charge Document | DR | Initial Assessment for $690.00 of Fine; $100.00 of Cost; Fees of ($20.00 for Jail Booking and Admin Fee;$20.00 for County Jail Fee;$20.00 for Prisoner Expense Fines;) for Total Fees of $60.00 ; for a Total Amount of $850.00. |
| 04/04/16 | Activity | DR | Initially Set for Arraignment on Tue 05/03/16 at 02:00 PM. |
| 05/03/16 | Receipt | DR | Receipt #16-8776 in the amount of $300.00 taken from Loadholt, Troy R on 05/03/16. |
| 05/03/16 | Waiver | LBS | Defendant Waives Right Of Counsel And Signs Waiver Agreement. |
| 05/03/16 | PleaFindDispo | LBS | In Court ( Arraignment On 05/03/16), On Chrg# 1 ( 5-36-106-Theft By Receiving ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. |

April 25, 2025  
3:20:34 pm

Pope County District Court - Russellville Dept

Page 2 of 2

## Docket
**Case #:** CR-16-1622

| Date | Action | By | Description |
|---|---|---|---|
| 05/03/16 | Order | LBS | In Court ( Arraignment On 05/03/16), On Chrg#1 ( 5-36-106-Theft By Receiving), Court Ordered Defendant To Pay: ($690.00 Of Fine, $100.00 Of Cost, $20.00 Of Jail Booking And Admin Fee, $20.00 Of County Jail Fee, $20.00 Of Prisoner Expense Fines) In Th |
| 05/03/16 | Order | LBS | e Total Amount Of $850.00 With $550.00 Adjusted. Def Signed Waiver Of Atty Form. $300 F.C Add To Tp Bal. Entered. |
| 05/03/16 | Time Pay Contract | LBS | Entered into Time Pay Contract (TP-16-2171) on (05/03/16) with a pay frequency of (Monthly) in the amount of $30.00 until paid in full. |
| 05/03/16 | Disposition | LBS | Case Hearing( Arraignment on 05/03/16) Completed by presiding Judge ( Bourne, Don W) .Prosecutor ( Division, Prosecutor) present. |