**GOVERNMENT EXHIBIT 8**

PENGAD 800-631-6989

# Incident Report
# Burbank Police Department (BPD)

**24-4277**

Supplement No
**ORIG**



200 N. Third Street

Burbank, CA 91502

(818) 238-3333   (Information Desk)

www.burbankca.gov

Reported Date
**06/13/2024**
Report Type
**FALSE PERSON**
Officer
**PEREZ, R**

## Administrative Information

| Agency | | | | DR# | | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|---|---|
| Burbank Police Department (BPD) | | | | 24-4277 | | ORIG | 06/13/2024 | | 09:46 |

| CAD Incident No | Status | Call Type | | City |
|---|---|---|---|---|
| 241650047 | Report | False Info to evade arrest/False Report | | |

| Location | | City |
|---|---|---|
| 10970 SHERMAN WAY #101 | | Burbank |

| From Date | From Time | Members | | | Assignment | 2nd Member# |
|---|---|---|---|---|---|---|
| 06/13/2024 | 09:46 | 15482/PEREZ, R | | | Patrol | GARNER, T |

| 2nd Assignment | Entered By | Assignment | RMS Transfer | Prop Trans Stat | Property? | Approving Officer |
|---|---|---|---|---|---|---|
| Patrol | 15482 | Patrol | Successful | Successful | None | 9829 |

| Approval Date | Approval Time |
|---|---|
| 06/13/2024 | 14:07:45 |

| # Offenses | Offense | | Description | Complaint Type |
|---|---|---|---|---|
| 1 | PC148.9(A) IMPERSONATE | | False ID to police o | |

| NIBRS | | | | | | |
|---|---|---|---|---|---|---|
| 1 26CCN | 88 | 21 | | N47014PCM | | |

| NIBRS | | | | | | Seq# | IBRS | AC |
|---|---|---|---|---|---|---|---|---|
| | | 148.9(A) | | NNN | | 1 | 26C | C |

| Used | Bias | Location Type | # Premises | Method of Entry | Criminal Activity | Weapon/Force | | Cargo Theft? | CA CJIS |
|---|---|---|---|---|---|---|---|---|---|
| N | 88 | 21 | | | | | | N | 47014 |

| Type | CA Lvl | Gang Type | Hate | CA Section | | ARRC? | Id Tht? | Gang? |
|---|---|---|---|---|---|---|---|---|
| PC | M | | | 148.9(A) | | N | N | N |

| # Offenses | Offense | | Description | Complaint Type |
|---|---|---|---|---|
| 2 | PC4573.6(A) | | Unauth poss contrld | |

| NIBRS | | | | | |
|---|---|---|---|---|---|
| 2 35ACD | 88 | 15 | P | 35462PCF | |

| NIBRS | | | | | | Seq# | IBRS | AC |
|---|---|---|---|---|---|---|---|---|
| | | 4573.6(A) | | NNN | | 2 | 35A | C |

| Used | Bias | Location Type | # Premises | Method of Entry | Criminal Activity | Weapon/Force | | Cargo Theft? | CA CJIS |
|---|---|---|---|---|---|---|---|---|---|
| D | 88 | 15 | | | P | | | | 35462 |

| Type | CA Lvl | Gang Type | Hate | CA Section | | ARRC? | Id Tht? | Gang? |
|---|---|---|---|---|---|---|---|---|
| PC | F | | | 4573.6(A) | | N | N | N |

## Person Summary

| Invl | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| ARR | 1 | I | LOADHOLT, TROY R | | 998962 |
| Race | Sex | DOB | | | |
| B | M | | | | |

| Invl | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| BV | 1 | S | STATE OF CALIFORNIA | | 891900 |
| Race | Sex | DOB | | | |
| | | | | | |

| Invl | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| RP | 1 | I | | | 998964 |
| Race | Sex | DOB | | | |
| H | F | | | | |

## Property Summary

| Involvement |
|---|
| SZD |

| Description |
|---|
| Drugs: 0.1 GM of Other narcotics(Codeine,Demerol, etc) SUSPECTED FENTANYL |

## Summary Narrative

CFS; Male refused to exit Subway's restroom was arrested for 148.9(a), 4573.5 PC and wants.

# Incident Report
# Burbank Police Department (BPD)

**24-4277**

## Arrested Person 1: LOADHOLT, TROY R

| Involvement | | Invl No | Type | |
|---|---|---|---|---|
| Arrested Person | | 1 | Individual | |

| Name | | | | | | | | MNI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LOADHOLT, TROY R | | | | | | | | 998962 | | |

| Race | | Sex | DOB | | Age | Ethnicity | | | Juvenile? | Height |
|---|---|---|---|---|---|---|---|---|---|---|
| Black (NCIC value) | | Male | | | | Non-Hispanic or Latino | | | No | 5'09" |

| Weight | Hair Color | Eye Color | OFN_INVL | PRN | |
|---|---|---|---|---|---|
| 175# | Black | Black | 1 | 1128847 | |

| NIBRS | | | | Vic/Ofnd Age |
|---|---|---|---|---|
| 42 | 1 | | | 42 |

**Residence**

Resides in County but not in jurisdiction

| Type | Address |
|---|---|
| Home | |

| City | | State | | Zip Code | | Date | |
|---|---|---|---|---|---|---|---|
| NORTH HOLLYWO | | California | | 91605 | | 06/13/2024 | |

| Type | | ID No | | OLS | |
|---|---|---|---|---|---|
| Operator License/Driver License | | D1889978 | | California | |

| Phone Type | Phone No | | Date | |
|---|---|---|---|---|
| Cell | | | 06/13/2024 | |

| Involvement | Arrest Type | | Arrest Date | Arrest Time | Booking No | Book Date |
|---|---|---|---|---|---|---|
| Arrested | On-view arrest (NIBRS) | | 06/13/2024 | 11:10:00 | 24-2060 | 06/13/2024 |

| Book Time | Status | Dispo | |
|---|---|---|---|
| 11:53:00 | Booked | Felony | |

| Arrest Location | | City |
|---|---|---|
| 10970 SHERMAN WAY 101 | | Burbank |

| Place of Birth | | City of Birth | |
|---|---|---|---|
| California | | Los Angeles | |

| NIBRS | | |
|---|---|---|
| N01 | O | |

| Multi-Arrests | | Armed With | CA Drug | |
|---|---|---|---|---|
| Not applicable | | Unarmed | Other Drugs | |

| Charge | | Counts | Level | Description | |
|---|---|---|---|---|---|
| 4573.5PC | | 1 | F | Bring alcohol/drugs | |

| NIBRS | | | | Arrest Offense | CA CJIS |
|---|---|---|---|---|---|
| 90258031PC4573.5 | | F | | 90Z | 58031 |

| CA Type | CA Section | | CA Lvl | |
|---|---|---|---|---|
| PC | 4573.5 | | F | |

| Charge | | Counts | Level | Description | |
|---|---|---|---|---|---|
| 148.9(A)PC FALSE PRETENSE | | 1 | M | False ID to police | |

| NIBRS | | | | Arrest Offense | CA CJIS |
|---|---|---|---|---|---|
| 26A47014PC148.9(A) | | M | | 26A | 47014 |

| CA Type | CA Section | | CA Lvl | |
|---|---|---|---|---|
| PC | 148.9(A) | | M | |

| Charge | | Counts | Level | Description | |
|---|---|---|---|---|---|
| 1551(A)PC | | 1 | F | Fug from justice-arr | |

| Warrant No | | Warrant ORI | |
|---|---|---|---|
| 417CR0029301 | | OTHER | |

| NIBRS | | | | Arrest Offense | CA CJIS |
|---|---|---|---|---|---|
| 90Z49059PC1551(A) | | F | | 90Z | 49059 |

| CA Type | CA Section | | CA Lvl | |
|---|---|---|---|---|
| PC | 1551(A) | | F | |

| Charge | | Counts | Level | Description | |
|---|---|---|---|---|---|
| 1551(A)PC | | 1 | F | Fug from justice-arr | |

| Warrant No | | Warrant ORI | |
|---|---|---|---|
| 180910100013Z | | OTHER | |

| NIBRS | | | | Arrest Offense | CA CJIS |
|---|---|---|---|---|---|
| 90Z49059PC1551(A) | | F | | 90Z | 49059 |

| CA Type | CA Section | | CA Lvl | |
|---|---|---|---|---|
| PC | 1551(A) | | F | |

# Incident Report
# Burbank Police Department (BPD)

**24-4277**

Supplement No
**ORIG**

| Charge | | Counts | Level | Description | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1551(A) PC | | 1 | F | Fug from justice-arr | | | | | |
| Warrant No | | Warrant ORI | | | | | | | |
| 21009988 | | OTHER | | | | | | | |
| NIBRS | | | | | | | | Arrest Offense | CA CJIS |
| 90Z49059PC1551(A) | | | F | | | | | 90Z | 49059 |
| CA Type | CA Section | | CA Lvl | | | | | | |
| PC | 1551(A) | | F | | | | | | |
| Charge | | Counts | Level | Description | | | | | |
| 1551(A) PC | | 1 | F | Fug from justice-arr | | | | | |
| Warrant No | | Warrant ORI | | | | | | | |
| M40MR201700071 | | OTHER | | | | | | | |
| NIBRS | | | | | | | | Arrest Offense | CA CJIS |
| 90Z49059PC1551(A) | | | F | | | | | 90Z | 49059 |
| CA Type | CA Section | | CA Lvl | | | | | | |
| PC | 1551(A) | | F | | | | | | |

## Business victim 1: STATE OF CALIFORNIA

| Involvement | Invl No | Type | | | | | |
|---|---|---|---|---|---|---|---|
| Business victim | 1 | Society/Public | | | | | |
| Name | | | | | MNI | PRN | |
| STATE OF CALIFORNIA | | | | | 891900 | 1128848 | |

### IBRS Info

| Victim Invl No | NIBRS | | | | | | Bias 88 |
|---|---|---|---|---|---|---|---|
| 1 | 35A/26C | | | | | | Yes |
| Related Offenses | | | | | | | |
| 35A/26C | | | | | | | |

## Reporting party 1: MENDEZ,KAYLA

| Involvement | Invl No | Type | | | | | |
|---|---|---|---|---|---|---|---|
| Reporting party | 1 | Individual | | | | | |
| Name | | | | | MNI | | |
| | | | | | 998964 | | |

| Race | | Sex | DOB | Age | Ethnicity | | Juvenile? | Hair Color |
|---|---|---|---|---|---|---|---|---|
| Hispanic/Mexican/Latin | | Female | | | Hispanic or Latino | | No | Brown |
| Eye Color | PRN | | | | | | | |
| Brown | 1128849 | | | | | | | |
| Type | | | | | | | | |
| Work/Business | | | | | | | | |
| City | State | Date | | | | | | |
| Burbank | California | 06/13/2024 | | | | | | |
| Phone Type | | Date | | | | | | |
| Cell | | 06/13/2024 | | | | | | |

## Property

| Prop # | Involvement | Invl Date | In Property? | Security | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Seized | 06/13/2024 | Yes | No | | | | |
| Description | | | | | | Typ | | |
| SUSPECTED FENTANYL | | | | | | Drug | | |
| Cat | | Article | | | IBRS Type | | | |
| Other (none of the above) | | Drugs/Narcotics | | | Drugs, narcotics | | | |
| Drug Type | | | | Quantity | | Measure | Entered Date | Entered Time |
| Other narcotics(Codeine,Demerol, etc) | | | | 0.100 | | Gram | 06/13/2024 | 12:30 |
| RMS Transfer | Control | | | | | | | |
| Successful | 11485 | 0613241642 | | | | | | |

## Narrative

On 06/13/2024 at approximately 0946 hours, Officer Garner #15491 and I (Officer R. Perez #15482) responded to Subway (10970 Sherman Way #101) regarding a male who refused to exit the restroom.

Upon our arrival, I met with RP/ Kayla MENDEZ who related the following:

A male (later identified as ARR/ Troy LOADHOLT) entered subway and used the restroom. LOADHOLT exited the restroom and left. Ten minutes later, LOADHOLT returned to Subway and purchased a cookie. After purchasing a cookie, LOADHOLT asked to use the restroom to wash his hands. LOADHOLT entered the restroom and after approximately 30 minutes he had not exited the restroom. MENDEZ knocked on the restroom door and received no answer. MENDEZ entered the key code and was unable to open the door because it had been locked from the

| Report Officer | Printed At | |
|---|---|---|
| 15482/PEREZ, R | 05/24/2025 16:53 | Page 3 of 4 |

# Incident Report
# Burbank Police Department (BPD)

**24-4277**

Supplement No
ORIG

### Narrative

inside. MENDEZ informed me if LOADHOLT refused to exit the restroom she would be willing to sign a Citizen's Arrest Form and have him arrested for trespassing.

I repeatedly announced myself and knocked on the door a received no answer. Sgt. Jimenez requested paramedics to stage outside. Officer Garner and I observed an abandoned bicycle and backpack inside Subway which could possibly belong to LOADHOLT. In hopes of finding an identification card (and believing they were abandoned), Officer Garner looked in the backpack and found a California State benefits card belonging to "Troy Loadholt."

Using a pry bar, Officer Garner and I were able to force the door open and observed LOADHOLT lying on his left side, unresponsive.

Officer Garner and I approached LOADHOLT and grabbed his arms to flip him on his back to render aid, when he suddenly woke up. LOADHOLT stated he fell asleep. Officer Garner asked LOADHOLT for consent to search his person and he consented. A consent search of LOADHOLT revealed no contraband.

I asked LOADHOLT for his name and he stated it was _____ with a date of birth of _____. A records check of the provided name revealed no record. I again asked LOADHOLT what his real name was, and he continued to state it was _____ Officer Garner placed LOADHOLT in handcuffs pending investigation. Using department resources, I was able to locate a CA identification photograph of LOADHOLT confirmed his name was Troy LOADHOLT.

Due to the fact that LOADHOLT was detained pending a trespassing investigation and the fact that he provided me with a false name belonging to a fictitious person, I believe he was in violation of 148.9(a) PC.

A further records check of LOADHOLT revealed he was a wanted person from multiple states, a parole violation, and the U.S. Marshall's office [417CR0029301, 180910100013Z, 21009988, M40MR201700071].

I read LOADHOLT his Miranda rights, verbatim, using my field officer notebook. LOADHOLT stated he understood his rights. I asked LOADHOLT why he lied about his name and he stated because he knew he had a warrant.

Officer Garner and I transported LOADHOLT to the Burbank Police Jail for booking. Prior to entering the jail, I read LOADHOLT the drug admonishment where LOADHOLT stated understood the admonishment and stated he did not have anything illegal on his person.

I conducted a search in the jail and located a plastic jolly rancher wrapper inside his right sock, that contained a white chalk like substance which I recognized as suspected fentanyl [viol of 4573.6 PC]. LOADHOLT stated he forgot he had that inside his sock and found it outside Subway. LOADHOLT stated he tried it because he believed it was cocaine.

LOADHOLT was booked for 148.9(a) PC, 4573.6(a) PC and the warrants.

I booked the narcotics as evidence in the BPD property room. I booked his backpack and bicycle as safekeeping.

This investigation was audio/visually recorded using my axon BWC.

# SIMI VALLEY POLICE DEPT
## GENERAL OFFENSE HARDCOPY
### OUTSIDE AGENCY

**GO# 2004-60699 NOT APPROVED**                    **9000-0 WARRANT - OTHER**



# Related Attachment(s) - Paper Police Reports (Crime/Arrest..etc)

Attachment Description: **FROM LASERFICHE 04-60699**

Reference Number:

---

**SIMI VALLEY POLICE DEPARTMENT**
3901 Alamo St., Simi Valley CA 93063-2102
583-6950

☒ **ARREST REPORT**   ☐ **JUVENILE REPORT**

PAGE **1** OF **2**   ☐ 1 GRID   ☐ 2 BEAT **2**   3 CASE NUMBER **04-60699**

| 4 CODE | 5 NAME (Last, First, Middle, Gen) | | | | | | 6 HOLD | 7 BOOKING NO | 8 LOCAL ID NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 5 | LOADHOLT, TODY, RYAN | | | | | | | 1049940 | |

| 9 AKA | | 10 RACE | 11 SEX | 12 HT | 13 WT | 14 BUILD | 15 HAIR | 16 EYES | 19 POB (City/State) |
|---|---|---|---|---|---|---|---|---|---|
| | | B | M | 510 | 145 | M | BLK | BRN | LOS ANGELES, CA. |

| 20 RESIDENCE ADDRESS | CITY | STATE | ZIP | 21 HOW LONG | 22 RESIDENCE PH # | 23 DRIVERS LIC NO/STATE |
|---|---|---|---|---|---|---|
| TRANSIENT | | | | | | |

| 24 BUSINESS NAME | ADDRESS | STATE | ZIP | 25 BUSINESS PHONE |
|---|---|---|---|---|
| UNEMPLOYED | | | | |

| 26 OCCUPATION | 27 SOCIAL SECURITY NO | 28 UNDOCUMENTED PERSON ☐ YES ☒ NO | 29 INTERPRETER REQUIRED/LANGUAGE ☐ YES ☒ NO | 30 RELATIONSHIP TO VICTIM No SUSPECT No |
|---|---|---|---|---|
| | | | | |

| 31 DATE/TIME OF ARREST | 32 LOCATION OF ARREST | CITY | STATE | ZIP | 33 ARRESTING OFFICER/ID NO |
|---|---|---|---|---|---|
| 12/22/04 2327 | 1255 FIRST ST S.V. | CA. | 93065 | | LEW #336 |

| 34 TYPE OF ARREST ☐ PC ☐ Warrant ☐ Citizen ☐ En Route | 35 LOCATION OF OFFENSE | 36 TRANSPORTING OFFICER/ID NO |
|---|---|---|
| | 0/A # 32 | LEW#336 / COFFEY #389 |

| 37 CODE SECTION/DESCRIPTION | 38 MISD | FEL | 39 DOCKET NO | 40 DATE ISSUED | 41 COURT | 42 BAIL |
|---|---|---|---|---|---|---|
| 4227c/653m P.C WARRANT | X | | 2003023587 | 10/25/04 | VT - SUP | $5,000 |
| 14601.1/a) VC (2500A) J.C | | X | 200404141Z | 10/25/04 | VT - SUP | $5,000 |
| WARRANT | | | | | | |

| 43 PARENT/GUARDIAN NAME | ADDRESS | STATE | ZIP | 44 PHONE NO | 45 NOTIFIED BY | 46 DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |

| 47 EMERGENCY NOTIFICATION NAME | ADDRESS | STATE | ZIP | 48 TELEPHONE NUMBER |
|---|---|---|---|---|
| DECON PETER WILSON | SIMI VALLEY | | | (805) 527-2401 |

| 49 ARRESTEE'S VEH LIC NO/STATE | 50 VEHICLE YEAR | MAKE | MODEL | BODY STYLE | 51 TOP COLOR | 52 BOTTOM CLR |
|---|---|---|---|---|---|---|
| | | | | | | |

| 53 VIN NUMBER | 54 OTHER CHARACTERISTICS (i.e., Paint or Body Markings or Damage) | 55 HOLD | 56 DISPOSITION |
|---|---|---|---|
| | | | |

| 57 CO-DEFENDANT/ASSOCIATE | ID NUMBER | 55 CO-DEFENDANT/ASSOCIATE | ID NUMBER |
|---|---|---|---|
| | | | |

**59 CITIZEN ARREST STATEMENT:**
I hereby arrest the above person on the charge indicated above and request a peace officer to take him/her into custody.
I will appear to sign a complaint against the person I have arrested.

SIGNATURE _____

| 60 ARRESTING CITIZEN'S NAME (Print) | RESIDENCE ADDRESS | CITY | STATE | ZIP | 61 TELEPHONE NUMBER |
|---|---|---|---|---|---|
| | | | | | |

**62 IN VIEW OF THE INFORMATION HEREIN STATED, THE ABOVE ARRESTEE WAS NOT RELEASED PURSUANT TO PC 853.6, SPECIFICALLY BECAUSE:**

☐ Intoxicated state may result in danger to self or others.
☐ Arrestee required medical examination or care or could not care for own safety.
☐ The immediate release would jeopardize prosecution.
☐ Arrested for one or more offenses listed under Section 40302 CVC.
☐ Demanded immediate appearance.

☒ There are additional outstanding arrest warrants.
☐ Arrestee had no personal identification.
☐ Release would increase likelihood of offense continuing.
☐ Refused to sign written promise to appear.
☐ Arrested for 23152 w/o CVC.

| 63 ARRESTEE STATUS ☒ In Custody/Detention | 2 ☐ Bail | 3 ☐ OR | 4 ☐ 849b | 5 ☐ Juvenile Citation | 6 ☐ Misd Citation |
|---|---|---|---|---|---|
| | | | 65 CITATION NUMBER N/A | | |

| 64 RELEASED TO N/A | 67 DATE/TIME/COURT/DIVISION | 68 BOOKING, APPROVED BY: |
|---|---|---|
| 66 WHERE WAS ARRESTEE BOOKED? VCMT | TBM | SGT. JONES |

| 69 EVIDENCE | ☐ Prints | ☐ Photos | ☐ Blood | ☐ Urine | ☐ Handwriting | ☐ Breath | ☐ OTHER |
|---|---|---|---|---|---|---|---|

| 70 ADMONISHED ☐ YES N/A ☒ NO | ADMONISHED BY | 71 WAIVED ☐ YES ☒ NO | WORDS USED TO WAIVE N/A | 72 DATE/TIME N/A |
|---|---|---|---|---|

| 73 COPIES TO: ☒ Det ☒ CAU ☐ Narc ☒ Prob ☐ Juv ☐ CII ☐ Officer ☐ Watch Commander | ☐ OTHER |
|---|---|
| 74 DATE/TIME REPORTED 12/23/04 2327 | 75 DATE/TIME OF REPORT 12/22/04 2400 brs | 76 REPORTING OFFICER/ID NO/DIV/UNIT LEW #336 | 77 APPROVED BY/ID NO JJ. PARKS #256 |

PD-23 (REV 8/98)   B P   12-23-04

---



# SIMI VALLEY POLICE DEPT
## GENERAL OFFENSE HARDCOPY
### OUTSIDE AGENCY

**GO# 2004-60699 NOT APPROVED**        **9000-0 WARRANT - OTHER**

---

SIMI VALLEY POLICE DEPARTMENT    PAGE _2_ of _2_

☑ ARREST REPORT      NCIC/CII CA 05609     78 CASE NUMBER 04-60699
☐ JUVENILE REPORT

**79 HAIR LENGTH**
1. Bald
2. Collar
3. Long
4. Receding
5. Shoulder
☑ 6. Short
99. OTHER

**80 HAIR TEXTURE**
1. Course
2. Fine
3. Shaved
☑ 4. Thick
5. Thinning
6. Wiry
99. OTHER

**81 HAIR STYLE**
1. Afro/Natural
☑ 2. Braided
3. Bushy
4. Crew Cut
5. Greasy
6. Military
7. Pony Tail
8. Processed
9. Straight
10. Wavy/Curly
11. Wig
☐ 99. OTHER

**82 FACIAL HAIR**
☑ 1. Clean
2. Fu Manchu
3. Full Beard
4. Fuzz
5. Goatee
6. Lower Lip
7. Mustache
8. Side Burns
9. Unshaven
99. OTHER

**83 COMPLEXION**
1. Acne
☑ 2. Dark
3. Freckles
4. Light
5. Medium
6. Pale
7. Pocked
8. Ruddy
9. Tanned
99. OTHER

**84 GENERAL APPEARANCE**
☑ 1. Conservative
2. Dirty
3. Disguised
4. Flashy
5. Good Looking
6. Military
7. Unkempt
8. Unusual Odor
9. Well Groomed
99. OTHER

**85 RIGHT/LEFT HANDED**
☑ 1. Right
2. Left

**86 DEMEANOR**
1. Angry
2. Apologetic
3. Calm
4. Disorganized
☑ 5. Irritable
6. Nervous
7. Polite
8. Professional
9. Stupor
10. Violent
99. OTHER

**87 SPEECH**
1. Accent
2. Lisped
3. Mumbled
4. Offensive
5. Quiet
6. Rapid
☑ 7. Slow
8. Slurred
9. Stuttered
10. Talkative
99. OTHER

**88 VOICE**
1. Abr/Abused
2. High Pitch
3. Loud
4. Low Pitch
☑ 5. Medium
6. Monotone
7. Nasal
8. Pleasant
9. Raspy
10. Soft
99. Other

**89 FACE**
1. Broad
2. High Cheek
3. Long
☑ 4. Oval
5. Round
6. Square
7. Thin
99. OTHER

**90 GLASSES**
☑ 1. None
2. Contacts
3. Mirrored
4. Plastic Frame
5. Prescription
6. Tinted Glass
7. Wire Frame
99. OTHER

**91 FRAME COLOR(S)** N/A

**92 TATTOOS/SCARS & TYPE**
1. Abdomen
☑ 2. Arm _CHINESE WRITING_
3. Foot
4. Hand
5. Head/Face
6. Leg
7. Shoulder
99. OTHER

**94 CLOTHING/DESCRIPTION/CONDITION**
1. Cap/Hat
2. Wig
3. Ski Mask
4. Stocking Mask
5. Coat/Jacket _BLK/RED_
☑ 6. Shirt/Vest _BLK/RED_
☑ 7. Pants/Skirt _BLU_
8. Shorts
9. Dress
☑ 10. Shoes _BLK_
11. Gloves
12. Wallet
99. OTHER

**95**     DATE/TIME
CASH Ø   COIN Ø   TOTAL Ø   WITNESSED BY: LEW #536   12/23/04   0104 HRS

**96 COMPLAINTS/EVIDENCE OF ILLNESS OR INJURY**
* NONE STATED OR OBSERVED *

**97 NARRATIVE**

ON THE INDICATED DATE AND TIME I WAS WORKING THE
DEPARTMENT'S D.U.I CHECKPOINT. WHILE WORKING THE CHECK POINT
I CONTACTED A PASSENGER BY THE NAME OF S/TROY LOADHOLT. A
RECORDS CHECK REVEALED AN OUTSTANDING ARREST WARRANT FOR
S/LOADHOLT. OFR. COFFEY AND I ARRESTED AND TRANSPORTED
S/ LOADHOLT TO VC.MJ, WHERE HE WAS BOOKED FOR HIS WARRANTS.
(SEE ATTACHED).

CASE STATUS: CLOSED PER ARREST.

---



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

GO# 2016-53411 CLEARED ADULT ARREST                          5403-1 TRAFFIC-DUI DRUGS

The documents accompanying this release or electronic transmission may contain confidential or privileged information that is intended only for use by the individual or entity to which the release/ transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this release or transmission is strictly prohibited. If you have received this release or transmission in error, please notify us immediately.



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2016-53411 CLEARED ADULT ARREST**                     **5403-1 TRAFFIC-DUI DRUGS**

# OUTSIDE AGENCY

Purpose: **OUTSIDE AGENCY**
Date released: **May-14-2025  (Wed.) 828**

**RELEASED TO**
   Business name: **UNITED STATES PROBATION OFFICE**
   Name: **KEIYAWNNA MILLER**
   Address: **KEIYAWNNA_MILLER@AREP.USCOURTS.GOV**

**GENERAL RELEASE INSTRUCTIONS**
   **PER EMAIL REQUEST, SENT VIA EMAIL**

| | **SIMI VALLEY POLICE DEPT** |
|---|---|
| | **GENERAL OFFENSE HARDCOPY** |
| | **OUTSIDE AGENCY** |
| **GO# 2016-53411 CLEARED ADULT ARREST** | **5403-1 TRAFFIC-DUI DRUGS** |

# General Offense Information

Operational status: **CLEARED ADULT ARREST**
Reported on: **Nov-19-2016 (Sat.) 2333**
Occurred on: **Nov-19-2016 (Sat.) 2228**
Approved on: **Nov-20-2016 (Sun.)** by: **400 - PURCELL LINCOLN**
Report submitted by: **437 - BAKER COREY**
Org unit: **ACCIDENT INVESTIGATON**
Address: **1600 BLOCK E COCHRAN ST**
        Municipality: **SIMI VALLEY**
        District:   Beat: **1**  Grid: **120**
Felony/Misdemeanor: **MISDEMEANOR**
Family violence: **No**

# Offenses (Completed/Attempted)

Offense: # 1  **5403-1  TRAFFIC-DUI DRUGS  -  COMPLETED**
Location: **Highway/Road/Alley**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**
Offense: # 2  **7099-23   INCIDENT-COLLISION INFO EXCHAN  -  COMPLETED**
Location: **Highway/Road/Alley**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**
Offense: # 3  **5499-13  TRAFFIC- ACCIDENT REPORT CHP55  -  COMPLETED**
Location: **Highway/Road/Alley**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**
Offense: # 4  **5499-25  TRAFFIC-DUI ALCOHOL &/OR DRUGS  -  COMPLETED**
Location: **Highway/Road/Alley**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2016-53411 CLEARED ADULT ARREST**                **5403-1 TRAFFIC-DUI DRUGS**

# Related Attachment(s) - Accident Report

Attachment Description: **ACCIDENT REPORT - DUI**
Reference Number:

---

STATE OF CALIFORNIA
**TRAFFIC COLLISION REPORT**                                                                 PAGE 1 OF 5

| SPECIAL CONDITIONS | INJURED | HIT & RUN FELONY | CITY Simi Valley | | | | | | | | JUDICIAL DISTRICT Simi Valley Muni | | LOCAL REPORT NUMBER 16-53411 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | | | | | | |
| | NUMBER KILLED 0 | HIT & RUN MISD. | COUNTY Ventura | | | | REPORTING DISTRICT | | | BEAT | DAY OF WEEK Saturday | | TOW AWAY ☑YES ☐NO 1 | |

| | COLLISION OCCURRED ON | | | | | | | | MO DAY YEAR 11/19/2016 | TIME (2400) 2228 | | NCIC # 5609 | OFFICER I.D. 437 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L O C A T I O N | COCHRAN ST | | | | | | | | | | | | |
| | MILEPOST INFORMATION | | Feet | OF | | | GPS COORDINATES LATITUDE 34.27904 | | LONGITUDE -118.767764 | | | PHOTOGRAPHS BY: ☑NONE | |
| | AT INTERSECTION WITH ☑OR 308 FEET | E | | OF CALLAHAN AVE | | | | | | | STATE HWY REL. ☐YES ☑NO | | |

| PARTY | DRIVERS LICENSE NUMBER | | | | | STATE | CLASS | AIR BAG | SAFETY EQUIP | VEH. YR | MAKE / MODEL / COLOR | | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D1889978 | | | | | CA | C | L | G | 2017 | NISSAN ALTIMA WHITE | | 6BV1200 | OH |
| DRIVER ☑ | NAME (FIRST, MIDDLE, LAST) TROY R LOADHOLT | | | | | | | | | OWNERS NAME ☐ SAME AS DRIVER | | | | |
| PEDES-TRIAN ☐ | STREET ADDRESS 9107 PARK ST | | | | | | | | | OWNERS NAME EAN HOLDINGS LLC | | | | |
| PARKED VEHICLE ☐ | CITY / STATE / ZIP BELLFLOWER | | | CA | | 90706 | | | | OWNERS ADDRESS 554 WATER ST, CHARDON, OH 44024 ☐ SAME AS DRIVER | | | | |
| BICY-CLIST ☐ | SEX M | HAIR BLK | EYES BLK | HEIGHT 5'09" | WEIGHT 165 | | | RACE B | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☑ DRIVER ☐ OTHER Davos Towing 690 W. Los Angeles Ave | | | | |
| OTHER ☐ | HOME PHONE (479) 310-9597 | | | BUSINESS PHONE | | | | | | PRIOR MECHANICAL DEFECTS. NONE APPARENT ☑ REFER TO NARRATIVE ☐ | | | | |
| | INSURANCE CARRIER NONE-RENTAL VEHICLE | | | | POLICY NUMBER | | | | | VEHICLE IDENTIFICATION NUMBER VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐UNK ☐NONE ☐MINOR ☑MOD ☐MAJOR ☐ROLL-OVER | | | |
| | DIR OF TRAVEL E | ON STREET OR HIGHWAY COCHRAN ST | | | | | | SPEED LIMIT 45 | | CA _____ DOT _____ CAL-T _____ TCPI/PSC _____ MC/MX | | | | |

| PARTY | DRIVERS LICENSE NUMBER | | | | | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YR | MAKE / MODEL / COLOR | | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | | 2009 | TOYOTA CAMRY BLACK | | 6FPH312 | CA |
| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | | | | | OWNERS NAME CRAIG BAKKILA ☐ SAME AS DRIVER | | | | |
| PEDES-TRIAN ☐ | STREET ADDRESS | | | | | | | | | OWNERS ADDRESS 1846 E COCHRAN ST, SIMI VALLEY, CA 93065 ☐ SAME AS DRIVER | | | | |
| PARKED VEHICLE ☑ | CITY / STATE / ZIP | | | | | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☑ OTHER Davos Towing 690 W. Los Angeles Ave | | | | |
| BICY-CLIST ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | | BIRTHDATE | | RACE | PRIOR MECHANICAL DEFECTS. NONE APPARENT ☑ REFER TO NARRATIVE ☐ | | | | |
| OTHER ☐ | HOME PHONE | | | BUSINESS PHONE | | | | | | VEHICLE IDENTIFICATION NUMBER | | | | |
| | INSURANCE CARRIER UNKNOWN | | | | POLICY NUMBER | | | | | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐UNK ☐NONE ☐MINOR ☑MOD ☐MAJOR ☐ROLL-OVER | | | |
| | DIR OF TRAVEL E | ON STREET OR HIGHWAY COCHRAN ST | | | | | | SPEED LIMIT 45 | | CA _____ DOT _____ CAL-T _____ TCPI/PSC _____ MC/MX | | | | |

| PARTY | DRIVERS LICENSE NUMBER | | | | | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YR | MAKE / MODEL / COLOR | | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | | | | | |
| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | | | | | OWNERS NAME ☐ SAME AS DRIVER | | | | |
| PEDES-TRIAN ☐ | STREET ADDRESS | | | | | | | | | OWNERS ADDRESS ☐ SAME AS DRIVER | | | | |
| PARKED VEHICLE ☐ | CITY / STATE / ZIP | | | | | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER | | | | |
| BICY-CLIST ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | | BIRTHDATE | | RACE | PRIOR MECHANICAL DEFECTS. NONE APPARENT ☐ REFER TO NARRATIVE ☐ | | | | |
| OTHER ☐ | HOME PHONE | | | BUSINESS PHONE | | | | | | VEHICLE IDENTIFICATION NUMBER | | | | |
| | INSURANCE CARRIER | | | | POLICY NUMBER | | | | | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐UNK ☐NONE ☐MINOR ☐MOD ☐MAJOR ☐ROLL-OVER | | | |
| | DIR OF TRAVEL | ON STREET OR HIGHWAY | | | | | | SPEED LIMIT | | CA _____ DOT _____ CAL-T _____ TCPI/PSC _____ MC/MX | | | | |

| PREPARER'S NAME BAKER, COREY 437 | | | DISPATCH NOTIFIED ☐YES ☐NO ☑NA | REVIEWER'S NAME MEYER, THOMAS 303 | | DATE REVIEWED 11/25/2016 |
|---|---|---|---|---|---|---|



# SIMI VALLEY POLICE DEPT
## GENERAL OFFENSE HARDCOPY
### OUTSIDE AGENCY

**GO# 2016-53411 CLEARED ADULT ARREST**                     **5403-1 TRAFFIC-DUI DRUGS**

---

STATE OF CALIFORNIA
**TRAFFIC COLLISION CODING**                                              PAGE 2 OF 5

| DATE OF COLLISION (MO. DAY YEAR) | TIME | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/19/2016 | 2228 | 5609 | 437 | 16-53411 |

| PROPERTY DAMAGE | OWNER'S NAME | OWNER'S ADDRESS | | NOTIFIED ☐ YES ☐ NO |
|---|---|---|---|---|
| | DESCRIPTION OF DAMAGE | | | |

### SEATING POSITION

```
   1  2  3      1 - DRIVER
   4  5  6      2 TO 6 PASSENGERS
                7 - STN. WAGON REAR
      7         8 - RR. OCC. TRK OR VAN
                9 - POSITION UNKNOWN
                0 - OTHER
```

**OCCUPANTS**
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP / SHOULDER HARNESS USED
H - LAP / SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED

**SAFETY EQUIPMENT**
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED
**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

**M/C BICYCLE - HELMET**
DRIVER     PASSENGER
V - NO      X - NO
W - YES     Y - YES

**EJECTED FROM VEHICLE**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

**INATTENTION CODES**
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING     K - OTHER

ITEMS MARKED BELOW WHICH ARE FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE

| PRIMARY COLLISION FACTOR LIST NUMBER OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A VC SECTION VIOLATED ☐ Cited | A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED | | | |
| | 22107 No | B CONTROLS NOT FUNCTIONING | | | | B CELL PHONE HANDHELD IN USE | | | | B PROCEEDING STRAIGHT | | | |
| | B OTHER IMPROPER DRIVING: | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD | | | |
| | | ◆ D NO CONTROLS PRESENT/FACTOR | ◆ | | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN | | | |
| | C OTHER THAN DRIVER | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN | | | |
| | D UNKNOWN | A HEAD-ON | | | | F 75 FT MOTORTRUCK COMBO | | | | F MAKING U TURN | | | |
| | | B SIDESWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING | | | |
| | | ◆ C REAR END | | | | H | | | | H SLOWING / STOPPING | | | |
| | WEATHER (MARK 1 to 2 ITEMS) | D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE | | | |
| | ◆ A CLEAR | E HIT OBJECT | | | | J | | | | J CHANGING LANES | | | |
| | B CLOUDY | F OVERTURNED | | | | K | | | | K PARKING MANEUVER | | | |
| | C RAINING | G VEHICLE PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC | | | |
| | D SNOWING | H OTHER: | | | | M | | | ◆ | M OTHER UNSAFE TURNING | | | |
| | E FOG / VISIBILITY ____ FT. | MOTOR VEHICLE INVOLVED WITH | | | | N | | | | N XING INTO OPPOSING LANE | | | |
| | F OTHER*: | A NON-COLLISION | | | | O | | | ◆ | O PARKED | | | |
| | G WIND | B PEDESTRIAN | 1 | 2 | 3 | OTHER ASSOCIATED FACTOR (MARK 1 TO 2 ITEMS) | | | | P MERGING | | | |
| | LIGHTING | C OTHER MOTOR VEHICLE | | | | A VC SECTION VIOLATION: Cited | | | | Q TRAVELING WRONG WAY | | | |
| | A DAYLIGHT | D MOTOR VEH ON OTHER ROADWAY | | | | | | | | R OTHER*: | | | |
| | B DUSK - DAWN | ◆ E PARKED MOTOR VEHICLE | | | | B VC SECTION VIOLATION: Cited | | | | | | | |
| | ◆ C DARK - STREET LIGHTS | F TRAIN | | | | | | | | | | | |
| | D DARK - NO STREET LIGHTS | G BICYCLE | | | | C VC SECTION VIOLATION: Cited | | | | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) | 1 | 2 | 3 |
| | E DARK - STREET LIGHTS NOT FUNCTIONING | H ANIMAL: | | | | | | | | A HAD NOT BEEN DRINKING | | | |
| | ROADWAY SURFACE | | | | | D | | | ◆ | B HBD - UNDER INFLUENCE | | | |
| | ◆ A DRY | I FIXED OBJECT: | | | | E VISION OBSCUREMENT | | | | C HBD - NOT UNDER INFLU.* | | | |
| | B WET | | | | | F INATTENTION*: F | | | | D HBD - IMPAIRMENT UNK.* | | | |
| | C SNOWY - ICY | J OTHER OBJECT: | | | | G STOP & GO TRAFFIC | | | | E UNDER DRUG INFLU.* | | | |
| | D SLIPPERY (MUDDY, OILY, ETC.) | | | ◆ | | H ENTERING / LEAVING RAMP | | | | F IMPAIRMENT - PHYSICAL* | | | |
| | ROADWAY CONDITIONS (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTION | | | | I PREVIOUS COLLISION | | | | G IMPAIRMENT NOT KNOWN | | | |
| | A HOLES, DEEP RUTS | ◆ A NO PEDESTRIAN INVOLVED | | | | J UNFAMILIAR WITH ROAD | | | | H NOT APPLICABLE | | | ◆ |
| | B LOOSE MATERIAL ON RDWY | B CROSSING IN CROSSWALK AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP.: Cited | | | | I SLEEPY / FATIGUED | | | |
| | C OBSTRUCTION ON ROADWAY | C CROSSING IN CROSSWALK NOT AT INTERSECTION | | | | | | | | | | | |
| | D CONSTRUCTION-REPAIR ZONE | | | | | | | | | | | | |
| | E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | | | | |
| | F FLOODED | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER*: | | | | | | | |
| | G OTHER: | F NOT IN ROAD | | | ◆ | N NONE APPARENT | | | | | | | |
| | ◆ H NO UNUSUAL CONDITIONS | G APPROACH/LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | | | | |
| | | | | | | MISCELLANEOUS | | | | | | | |



# SIMI VALLEY POLICE DEPT
## GENERAL OFFENSE HARDCOPY
### OUTSIDE AGENCY

**GO# 2016-53411 CLEARED ADULT ARREST**

**5403-1 TRAFFIC-DUI DRUGS**

STATE OF CALIFORNIA
### INJURED / WITNESSES / PASSENGERS

PAGE 3 OF 5

| DATE OF COLLISION | TIME | NCIC NUMBER | OFFICER ID | NUMBER |
|---|---|---|---|---|
| 11/19/2016 | 2228 | 5609 | 437 | 16-53411 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ("X" ONE) | | | | INJURED WAS ("X" ONE) | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJ | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| ☐ # | ☐ | 35 | M | ☐ | ☐ | X | ☐ | X | ☐ | ☐ | ☐ | ☐ | 1 | 1 | L | G | 0 |

NAME / D.O.B. / ADDRESS
TROY R LOADHOLT 08/09/1981, 9107 PARK ST, BELLFLOWER, CA, 90706 (479) 310-9597

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | TAKEN TO: |
|---|---|
| REFUSED | REFUSED |

DESCRIBE INJURIES
Cut to fore head

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | TAKEN TO: |
|---|---|
| | |

DESCRIBE INJURIES

☐ VICTIM OF VIOLENT CRIME NOTIFIED

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | TAKEN TO: |
|---|---|
| | |

DESCRIBE INJURIES

☐ VICTIM OF VIOLENT CRIME NOTIFIED

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | TAKEN TO: |
|---|---|
| | |

DESCRIBE INJURIES

☐ VICTIM OF VIOLENT CRIME NOTIFIED

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | TAKEN TO: |
|---|---|
| | |

DESCRIBE INJURIES

☐ VICTIM OF VIOLENT CRIME NOTIFIED

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | TAKEN TO: |
|---|---|
| | |

DESCRIBE INJURIES

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. | DAY | YEAR | REVIEWER'S NAME | MO. | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| BAKER, COREY | 437 | | 11/19/2016 | | MEYER, THOMAS 303 | | 11/25/2016 | |



**SIMI VALLEY POLICE DEPT**

**GENERAL OFFENSE HARDCOPY**

**OUTSIDE AGENCY**

**GO# 2016-53411 CLEARED ADULT ARREST**

**5403-1 TRAFFIC-DUI DRUGS**

State of California
Sketch Diagram
CHP 555

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/19/2016 | 2228 | 5609 | 437 | 16-53411 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE =            )

N

Cochran St.

Callahan St.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| BAKER, COREY | 437 | 11/24/2016 | ........ | ........ |



# SIMI VALLEY POLICE DEPT
## GENERAL OFFENSE HARDCOPY
### OUTSIDE AGENCY

**GO# 2016-53411 CLEARED ADULT ARREST**　　　　　**5403-1 TRAFFIC-DUI DRUGS**

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　PAGE 5
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev 7-90) OPI 042

| Date of Incident/Occurrence | Time(2400) | NCIC NUMBER | OFFICER ID # | NUMBER |
|---|---|---|---|---|
| 11/19/2016 | 2228 | 5609 | 437 | 16-53411 |

1　**Notification:**
2　On Saturday, November 19, 2016 at 2228 hours, I responded to a minor injury traffic collision, which occurred
3　within the 1600 block of Cochran St. All measurements are approximate and were obtained by rollatape by
4　Officer Cartwright.
5
6　**Statements:**
7　P-1 stated he was traveling eastbound Cochran St. He was trying to eat pizza and then stated he didn't know
8　what happened.
9
10　**Summary:**
11　P-1 was traveling eastbound Cochran St. and failed to negotiate the straight roadway. P-1 veered to the right and
12　struck V-2, which was legally parked along the south curb line of Cochran St.
13
14　**Area of Impact (AOI):**
15　V-1 vs. V-2
16　308' east of east curb line Callahan St.
17　6' north of the south curb line Cochran St.
18
19　**Cause:**
20　A primary collision factor of 22107 CVC (unsafe turning movement) on the part of P-1 caused this collision. An
21　associated collision factor of "In attention" (eating) contributed to this collision.
22
23　**Recommendations:**
24　None

| PREPARER'S NAME AND I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| BAKER, COREY 437 | 11/24/2016 | MEYER, THOMAS 303 | 11/25/2016 |

**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

**GO# 2016-53411 CLEARED ADULT ARREST**                    **5403-1 TRAFFIC-DUI DRUGS**

# Related Event(s)

CP     **2016-53411**
AB     **2016-2860**

# Related Person(s)

## 1. Arrested # 1 - LOADHOLT, TROY R

### (Case Specific Information)

Sex: **Male**
Race: **Black**
Date of birth:
Address: **9107 PARK ST**
          Municipality: **BELLFLOWER , California   90706**
**Phone Numbers**
          Home: **(479) 310-9597**

### Particulars

Ethnicity: **Not Hispanic or Latino**
Height: **5'09** Weight: **165** lbs.
Eye color: **Black**
Hair color: **Black**

### Master Name Index Reference

Name: **LOADHOLT, TROY  R**
Sex: **Male**
Race: **Black**
Date of birth:
Ethnicity: **Not Hispanic or Latino**
, **Arkansas**
**Phone numbers**
Home: **(479) 310-9597**

### Charge Summary

**Charge # 1**
Offense date: **Nov-19-2016  (Sat.) 2305**
Offense :  **DRIVING UNDER INFLUENCE ALCOHOL/DRUGS DUI**
Charge statute: **VC   23152(a)&(b)**
Charge severity: **Misdemeanor**
Domestic Violence: **No**
Remarks: **849 B PC**

### Linkage factors

Resident status : **Unknown**
Age range : **30-49 Years**

**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2016-53411 CLEARED ADULT ARREST**                    **5403-1 TRAFFIC-DUI DRUGS**

Armed with : **None (Mutually Exclusive)**
Offense: **5499- 25  TRAFFIC-DUI ALCOHOL &/OR DRUGS  - COMPLETED**
Arrest date: **Nov-19-2016  (Sat.)**
Arrest type: **Summoned/Cited (cited,not taken into custody/849b released)**

## Case Specific Clothing Details

Shirt: **Black / Sweat Shirt**
Pants: **Black / Jeans/Denim**
Shoes: **Black / Tennis**

## 2.  Registered # 2 -

## (Case Specific Information)

Sex: **Male**
Race: **Unknown**
Date of birth:
Address:

## Particulars

Ethnicity: **Not Hispanic or Latino**
Height: **6'00** Weight: **235 lbs.**
Eye color: **Blue**
Hair color: **Brown**

## Master Name Index Reference

Name:
Sex: **Male**
Race: **Unknown**
Date of birth:
Ethnicity: **Not Hispanic or Latino**
Address:

## Linkage factors

Resident status : **Resident of Simi Valley**
Age range : **50-64 Years**

# Related Business(es)

## 1.  Registered Owner # 1 - EAN HOLDINGS INC

Address: **554 WATER ST**
        Municipality: **CHARDON , Ohio   44024**

# Related Vehicle(s)

## 1. Involved # 2 - 6FPH312, CA VIN# 4T4BE46K69R075027

### Master Vehicle Index Reference

License: **6FPH312    California**
License type: **Regular Passenger**
VIN #: **4T4BE46K69R075027**
Vehicle type: **Automobile**
Vehicle style: **4 Door**
Vehicle make and model: **Toyota  Camry**
Vehicle year: **2009**
Vehicle color: **Black**
**Owner Information**
Owner type: **PERSON**
Owner role: **Involved**

## 2. Involved # 1 - GBV1200, CA

### Master Vehicle Index Reference

License: **GBV1200    California**
License type: **Regular Passenger**
Vehicle type: **Automobile**
Vehicle make and model: **Nissan  Altima**
Vehicle year: **2017**
Vehicle color: **White**
**Insurance Information**
Insurance company: **NONE**
**Owner Information**
Owner type: **PERSON**
Owner role: **Involved**

| | **SIMI VALLEY POLICE DEPT** | |
|---|---|---|
| | **GENERAL OFFENSE HARDCOPY** | |
| | **OUTSIDE AGENCY** | |
| **GO# 2016-53411 CLEARED ADULT ARREST** | | **5403-1 TRAFFIC-DUI DRUGS** |

## Narrative Text

**Type** CASE SUMMARY
**Subject** 849-DUI
**Author** 437 - BAKER COREY
**Related Date** Nov-19-2016 23:40

On Saturday, November 19, 2016 at approximately 2228 hours, I (Officer C. Baker) was working uniformed traffic enforcement.

I responded to a minor-injury traffic collision, which involved the vehicle being driven by Troy Loadholt. Troy struck a parked vehicle and had no explainable reason for how the collision occurred.

While speaking with Troy, I smelled what I believed to be an odor of an alcoholic beverage emitting off his exhaled breath. This was later determined to be the smell of "Vape".  Furthermore Troy had bloodshot watery eyes. Troy was unable to follow my instructions. He was argumentative and refused to perform a series of FST's. Troy admitted to consuming two (2) mixed drinks prior to the contact.

Due to Troy's symptomology, the fact he had been involved in a collision, was unable to provide why and the fact he admitted to drinking alcohol prior to the contact I arrested him pursuant to DUI. Tory was admonished pursuant to the DMV Admonition. He elected breath for evidentiary purposes.

 I collected two breath samples, which yielded the following results; .00/.00 at 2311/2314 hours. Due to the lack of evidence against the DUI charge I 849'd Troy.

Troy was released from the scene without further incident. For all information regarding the traffic collision refer to my collision report.



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

**GO# 2016-53411 CLEARED ADULT ARREST**                    **5403-1 TRAFFIC-DUI DRUGS**

## Clearance Information

Agency: **Simi Valley Police Department**
Cleared status: **Arrest and/or Charged  - Not Applicable**
Cleared on: **Nov-19-2016  (Sat.)**
Cleared by Officer 1: **437 -  BAKER COREY**
Org Unit: **TAI -  ACCIDENT INVESTIGATON**
Complainant/Victim notified: **No**

**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2016-53411 CLEARED ADULT ARREST**                    **5403-1 TRAFFIC-DUI DRUGS**

# Related Arrest Report: AB# 2016-2860

Arrestee: **LOADHOLT, TROY R**
Date of birth:
Related CD#: **583**

# Arrest Information

Status: **Other**
Type of arrest: **Summoned/Cited (cited,not taken into custody/849b released)**
Reason for arrest: **Arrested for 23152(a) or (b) VC**
Arrest date: **Nov-19-2016 (Sat.) 2228**
Rush file required: **No**
Booked into cell: **No**
Arresting officers: **437 - BAKER COREY**
Summary of facts: **DUI - 849**

Arrest location
Address: **1600 BLOCK E COCHRAN ST**
        Municipality: **SIMI VALLEY**
        District:   Beat:   Grid: **120**

SODA zone: **No** Drug free zone: **No**

## Additional Arrest Information

Case Screened: **No**
Notify victim on release: **No**
Juvenile: **No**
Armed with: **None (Mutually Exclusive)**
Diversion recommended: **No**
Interpreter needed: **No**
Rights given: **No**
Mental exam required: **No**
Statement taken: **No**
Fingerprinted: **No** Photo taken: **No**
CD updated: **No**
Family notified: **No**
Lawyer called: **No**
Meal given: **No** Coffee given: **No**
Detained: **No**



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

GO# 2016-53411 CLEARED ADULT ARREST                    5403-1 TRAFFIC-DUI DRUGS

**\*\*\* END OF HARDCOPY \*\*\***



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

GO# 2018-15029 INACTIVE                    2999-1 VANDALISM FELONY

The documents accompanying this release or electronic transmission may contain confidential or privileged information that is intended only for use by the individual or entity to which the release/ transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this release or transmission is strictly prohibited. If you have received this release or transmission in error, please notify us immediately.



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2018-15029 INACTIVE**                                **2999-1 VANDALISM FELONY**

# OUTSIDE AGENCY

Purpose: **OUTSIDE AGENCY**
Date released: **May-14-2025  (Wed.) 831**

**RELEASED TO**
  Business name: **US PROBATION**
  Name: **KEIYAWNNA MILLER**
  Address:

**GENERAL RELEASE INSTRUCTIONS**
  **PER EMAIL REQUEST, SENT VIA EMAIL**



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

GO# 2018-15029 INACTIVE                                    2999-1 VANDALISM FELONY

## General Offense Information

Operational status: **INACTIVE**
Reported on: **Mar-26-2018  (Mon.) 701**
Occurred between: **Mar-26-2018  (Mon.) 630** and **Mar-26-2018  (Mon.) 700**
Approved on: **Mar-26-2018  (Mon.)**  by:  **375  -  ZAYICEK PATRICK**
Report submitted by: **467  -  VAN WINKLE RANDALL**
Org unit: **OPERATIONS/PATROL**
Address: **2124 MAGNOLIA ST**
        Municipality: **SIMI VALLEY**
        District:    Beat: **4**   Grid: **421**
Felony/Misdemeanor: **FELONY**
Value damaged: **$800.00**
Family violence: **No**

## Offenses (Completed/Attempted)

Offense: # **1   2999-1   VANDALISM FELONY  -  COMPLETED**
Location: **Residence/Home**
Offender suspected of using: **Not Applicable**
Bias: **None (no bias)**

**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

**GO# 2018-15029 INACTIVE**                    **2999-1 VANDALISM FELONY**

# Related Event(s)

CP       **2018-15029**

# Related Person(s)

## 1. Victim # 1 - KELLER, AMANDA LAUREN

### (Case Specific Information)

Sex: **Female**
Race: **White**
Date of birth: ▮
Address: ▮

**Phone Numbers**
    Home: ▮
    Cellular: ▮

### Particulars

Occupation: **UNEMPLOYED**
Marital status: **Single**
Ethnicity: **Not Hispanic or Latino**
Language(s) spoken: **English**
Height: **5'06** Weight: **125** lbs.
Build: **Medium**    Complexion: **Light Brown**
Eye color: **Green**
Hair color: **Blond/Strawberry**
Hair style: **Wavy / Curly, Long**

### Master Name Index Reference

Name: ▮
Sex: **Female**
Race: **White**
Date of birth: ▮
Ethnicity: **Not Hispanic or Latino**
Address: ▮

**Phone numbers**
Cellular: ▮
Home: ( ▮

### Linkage factors

Resident status : **Resident of Simi Valley**
Age range : **22-29 Years**
Access to firearm : **No**
Victim of :
**2999- 1 VANDALISM FELONY - COMPLETED**

**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2018-15029 INACTIVE**                    **2999-1 VANDALISM FELONY**

## 2. Subject # 1 - LOADHOLT, TROY R

### (Case Specific Information)

Sex: **Male**
Race: **Black**
Date of birth:
, **Arkansas**

### Particulars

Place of birth: **California**
Ethnicity: **Not Hispanic or Latino**
Height: **5'09** Weight: **165** lbs.
Build: **Medium** Complexion: **Dark**
Handed: **Right Handed**
Eye color: **Black**
Hair color: **Black**
Hair style: **Braided, Thick, Short**
Facial hair style: **Clean**

### Master Name Index Reference

Name: **LOADHOLT, TROY R**
Sex: **Male**
Race: **Black**
Date of birth:
Ethnicity: **Not Hispanic or Latino**
, **Arkansas**
**Phone numbers**
Home: **(479) 310-9597**

### Linkage factors

Resident status : **Unknown**
Age range : **30-49 Years**
Access to firearm : **No**

## Related Vehicle(s)

### 1. Victim # 1 - 5JZU456, CA VIN# 19UUA662X4A066714

#### Master Vehicle Index Reference

License: **5JZU456 California 2018**
Year of issue: **2018**
License type: **Regular Passenger**
VIN #: **19UUA662X4A066714**
Vehicle type: **Automobile**
Vehicle style: **4 Door**
Vehicle make and model: **Acura Integra**



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

**GO# 2018-15029 INACTIVE**                    **2999-1 VANDALISM FELONY**

Vehicle year: **2004**
Vehicle color: **Black**
**Owner Information**
Owner type: **PERSON**
Owner role: **Victim**

**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
**OUTSIDE AGENCY**

**GO# 2018-15029 INACTIVE**                    **2999-1 VANDALISM FELONY**

## Narrative Text

**Type** CASE SUMMARY
**Subject** VANDALISM
**Author** 467 - VAN WINKLE RANDALL
**Related Date** Mar-26-2018 11:19

On 3-26-18, at approximately 0700 hours, I responded to 2308 Wisteria St. regarding a vandalized vehicle.

Upon arrival, I spoke with ███████████ who told me the following: On this date, at approximately 0630 hours, ████ drove her vehicle to her friend's house located at 2124 Magnolia St. ███████ was there to give her friend a ride. ███████ went inside the residence for approximately thirty minutes. ███████ went to leave and discovered three of her four tires were punctured and flat. There was also a large scratch on her hood.

███████ believes Troy Loadholt is responsible for the damage to her vehicle. ███████ and Troy used to be friends, but recently had a falling out. ███████ would not elaborate on their history together. ███████ believes Troy damaged her vehicle because he told her that he had slashed someone else's tires in the past. ███████ could not explain how Troy would have known she was at the 2124 Magnolia St. address at that particular time.

I attempted to contact Troy with the phone number ███████ provided, but I was unsuccessful. At the time of this report, Troy's whereabouts are unknown. ███████ stated he was living in Arkansas, but was in Simi Valley for a short time. At this time there is no evidence showing Troy committed the vandalism, just ████████ speculation.

Pictures of ████████ damaged vehicle were taken and booked as evidence at the Simi Valley Police Station.

Case Status:  Inactive pending further investigative leads.



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

GO# 2018-15029 INACTIVE                                    2999-1 VANDALISM FELONY

# Clearance Information

Agency: **Simi Valley Police Department**
Cleared status: **Not Applicable  - Not Applicable**
Cleared on: **Mar-26-2018  (Mon.)**
Cleared by Officer 1: **467 -  VAN WINKLE RANDALL**
Org Unit: **OPAT -  OPERATIONS/PATROL**
Complainant/Victim notified: **No**



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

**GO# 2018-15029 INACTIVE**                                    **2999-1 VANDALISM FELONY**

# Related Property Report(s)

### Report Information

**Property Report #: 107362**
Property case status: **EVIDENCE**
Submitted on: **Mar-31-2018  (Sat.)**    by: **VAN WINKLE RANDALL**
Authority for disposal: **VAN WINKLE RANDALL**   Org unit: **OPERATIONS/PATROL**
**Related:**
Offense: **GO  2018- 15029**
Related items: **1**

### Articles - Evidence

Status: **EVIDENCE**                     Tag #: **107362- 1**
Article: **DMEMORY- Data Processing Equipment**
Serial # 1: **UNKNOWN**                  OAN:
Description: **PICS OF DAMAGED HONDA**
Flags: **d *e**
Current Location: **(Disposed)**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)



**SIMI VALLEY POLICE DEPT**
**GENERAL OFFENSE HARDCOPY**
OUTSIDE AGENCY

GO# 2018-15029 INACTIVE                    2999-1 VANDALISM FELONY

**\*\*\* END OF HARDCOPY \*\*\***