# GOVERNMENT'S EXHIBIT 415 EXCERPTS

# FILED UNDER SEAL