# GOVERNMENT'S EXHIBIT 415a

# FILED UNDER SEAL