# GOVERNMENT'S EXHIBIT 415b

# FILED UNDER SEAL