## YOUR ACCOUNT DETAILS



**TELEPHONE:** 213-330-3349

**ADDRESS:** 601 S Figueroa St
Suite 4050
Los Angeles, CA
90017

Brandi   Herrera   |   Center Manager

www.servcorponline.com

**USERNAME:** churchofhiphop

**PASSWORD:** troyloadholt@gmail.com



Franchesca | Virtual Office Manager

I am your account manager and here to answer any questions you may have regarding your package or monthly invoices. I possess a strong background in customer service and administration and I am confident I will be able to assist you when needed. I look forward to seeing the growth and development of your business!

GOVERNMENT EXHIBIT 424b