| | |
|---|---|
| **Recipients** | Bornallah Banks (1129292496) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-11-15 15:10:58 UTC |
| **Deleted** | false |
| **Body** | SMFH |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Bornallah Banks (1129292496) |
| **Author** | Bornallah Banks (1129292496) |
| **Sent** | 2016-11-15 15:11:54 UTC |
| **Deleted** | false |
| **Body** | Is your phone dead? Just tried to call you |

| | |
|---|---|
| **Recipients** | Bornallah Banks (1129292496) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-11-17 19:06:29 UTC |
| **Deleted** | false |
| **Body** | You gon be pissed! |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Bornallah Banks (1129292496) |
| **Author** | Bornallah Banks (1129292496) |
| **Sent** | 2016-11-17 19:06:47 UTC |
| **Deleted** | false |
| **Body** | Call me |

| | |
|---|---|
| **Recipients** | Bornallah Banks (1129292496) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-11-17 19:17:58 UTC |
| **Deleted** | false |
| **Body** | Ok |

| | |
|---|---|
| **Recipients** | Bornallah Banks (1129292496) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-11-17 19:18:00 UTC |
| **Deleted** | false |
| **Body** | Lok |

| | |
|---|---|
| **Recipients** | Bornallah Banks (1129292496) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-12-01 20:33:41 UTC |
| **IP** | 173.46.78.188 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | video-1480624420.mp4 (1676290529368511) |
| **Type** | video/mp4 |
| **Size** | 2502909 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=1676290529368511&mid=mid.1480624421124%3Ac015c7bb68&uid=100009627411306&accid=100009627411306&preview=0&hash=AQDDcNR9qK4k_Zx_nJOZGxjOTi9yfHjgzEryjVnb8GTVOg |

GOVERNMENT
EXHIBIT
424c