Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-05-31 14:44:58 UTC
**Deleted** false
**Body** What's that suppose to mean

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-05-31 14:45:39 UTC
**Deleted** false
**Body** Just talking shot don't mind me

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-05-31 14:45:46 UTC
**Deleted** false
**Body** You alright

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-05-31 14:45:56 UTC
**Deleted** false
**Body** Something wrong??

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-05-31 14:46:26 UTC
**Deleted** false
**Body** 2807627

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-05-31 14:46:29 UTC
**Deleted** false
**Body** Naw covering up a old school nae kat

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-05-31 14:47:33 UTC
**Deleted** false
**Body** Handling business. I would like to see you as soon as possible or you finished wit your business

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-05-31 14:47:47 UTC
**Deleted** false
**Body** Bro please don't try and mix me up in that weak ass shit down there. I never would u

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)

GOVERNMENT
EXHIBIT
424e
PENGAD 800-631-6989