```
                                7119&id=499707842
                         Text
                          Url http://scontent.xx.fbcdn.net/v/t39.1997-6/851557_3692392665561
                              55_759568595_n.png?oh=7465bdaa44cd46660d53310aa1c805dd
                              &oe=6280F45C

           Attachments sticker.png (555529607927119)
                         Type image/png
                         Size 0
                          URL https://attachment.fbsbx.com/messaging_attachment.php?aid=555
                              529607927119&mid=mid.1464859531271%3Aedf41907a9a65d4a
                              59&uid=100009627411306&accid=100009627411306&preview=0
                              &hash=AQChYXCHrC-VpbPpQ-Tkghm1EcnFjgKjXGKqDml0O0q2zw
```



Photo Id: 555529607927119

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-06-02 12:18:21 UTC
**Deleted** false
**Body** Little late but imma be there

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-06 08:33:52 UTC
**Deleted** false
**Body** Whats good fam??

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-06 08:34:20 UTC
**Deleted** false
**Body** 7 bands??

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-06-06 08:35:13 UTC
**Deleted** false
**Body** Work WITH me and fuck wit me!?

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-06-06 08:35:26 UTC
**Deleted** false
**Body** What's up.

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)

GOVERNMENT EXHIBIT 424f

    Author Tricky Troy (100009627411306)
      Sent 2016-06-06 08:35:51 UTC
   Deleted false
      Body Trying to collect that 7 bands??

Recipients Tricky Troy (100009627411306)
           Wesley Gullett (100009780676573)
    Author Wesley Gullett (100009780676573)
      Sent 2016-06-06 08:36:22 UTC
   Deleted false
      Body I'm bout to head to shop in bout an hour I can swing by

Recipients Tricky Troy (100009627411306)
           Wesley Gullett (100009780676573)
    Author Wesley Gullett (100009780676573)
      Sent 2016-06-06 08:37:16 UTC
   Deleted false
      Body ?

Recipients Wesley Gullett (100009780676573)
           Tricky Troy (100009627411306)
    Author Tricky Troy (100009627411306)
      Sent 2016-06-06 08:37:50 UTC
   Deleted false
      Body I'm struggling with all the bullshut but I am still going to do my part and keep my word.

Recipients Wesley Gullett (100009780676573)
           Tricky Troy (100009627411306)
    Author Tricky Troy (100009627411306)
      Sent 2016-06-06 08:37:57 UTC
        IP 166.137.106.13
   Deleted false
      Body
     Share Date Created 2014-11-06 20:50:08 UTC
            Link http://www.facebook.com/permalink.php?story_fbid=555529607927119&id=499707842
            Text
             Url http://scontent.xx.fbcdn.net/v/t39.1997-6/851557_369239266556155_759568595_n.png?oh=7465bdaa44cd46660d53310aa1c805dd&oe=6280F45C
Attachments sticker.png (555529607927119)
            Type image/png
            Size 0
             URL https://attachment.fbsbx.com/messaging_attachment.php?aid=555529607927119&mid=mid.1465202277820%3A6b2e0c363e84358162&uid=100009627411306&accid=100009627411306&preview=0&hash=AQAUtqVnl1qBdM0luE1EBwmQdFRXayJNIaZSkMcJ9hX21w



Photo Id: 555529607927119

**Deleted** false
**Body** Can you give me more of an accurate or exact time frame??

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:28:52 UTC
**Deleted** false
**Body** And please bring that banger with you!?

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-07-17 02:30:43 UTC
**Deleted** false
**Body** Bro if ur talking bout a situation just tell me and I'll have me and 3 more there asap.

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:32:19 UTC
**Deleted** false
**Body** No just need to talk to you and get that back because it is not mine.

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-07-17 02:38:15 UTC
**Deleted** false
**Body** Well u might have to come in this area cuz I'm really pressed on time right now and been strong arming my stuff back all day and I got my bike cornered right now. Ur thing is at the house and I'm not throwing away this progress bro. Took me 2 days to get this far.

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:42:24 UTC
**Deleted** false
**Body** Well I hope it's all worth what you have done or done over whatever it is your trying to accomplish and I don't mean just the bike either. I have invested a lot more in you than a funky ass bike though so just make it a priority to get with me!?

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:43:06 UTC
**Deleted** false
**Body** I ain't talking sideways speaking riddles being subliminal or trying to be a smart ass.

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:45:30 UTC
**Deleted** false
**Body** You KNOW the business and you have never been stupid so let's make it happen because I too am pressed for time or maybe even outing time and I got too much

GOVERNMENT
EXHIBIT
424h

invested to let ANYTHING jeopardize all that I do and am for my family and my true friends.

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:47:00 UTC
**Deleted** false
**Body** "On your word on your skin on your patch!"

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:47:10 UTC
**Deleted** false
**Body** Remember!?

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 02:48:30 UTC
**Deleted** false
**Body** Hit me up ASAP and I'm glad you found or got a lead on what weak ass motherfucker robbed you!

BE SAFE AND DONT FUCK UP OUT THERE!!

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-07-17 02:55:29 UTC
**Deleted** false
**Body** Bro I'm not fucking up and what u mean run out of time? If u or I don't have cancer how can we run out of time.?

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-07-17 02:56:40 UTC
**Deleted** false
**Body** Oh bro. I went to cali days ago. That's when they robbed me. Anyways went and chilled with my old people and withing a hour we found bird

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)
**Author** Tricky Troy (100009627411306)
**Sent** 2016-07-17 04:26:50 UTC
**Deleted** false
**Body** That's what's up! We will talk about it when you coming back to Russellville

**Recipients** Tricky Troy (100009627411306)
Wesley Gullett (100009780676573)
**Author** Wesley Gullett (100009780676573)
**Sent** 2016-07-17 04:49:03 UTC
**Deleted** false
**Body** As soon as I get this bike

**Recipients** Wesley Gullett (100009780676573)
Tricky Troy (100009627411306)

|          |                                      |
|---------:|:-------------------------------------|
|          | Wesley Gullett (100009780676573)     |
|   Author | Wesley Gullett (100009780676573)     |
|     Sent | 2016-07-24 01:04:17 UTC              |
|  Deleted | false                                |
|     Body | What r u talking about. Jump off what |

|          |                                      |
|---------:|:-------------------------------------|
| Recipients | Wesley Gullett (100009780676573)   |
|          | Tricky Troy (100009627411306)        |
|   Author | Tricky Troy (100009627411306)        |
|     Sent | 2016-07-25 14:21:30 UTC              |
|  Deleted | false                                |
|     Body | Lol boy you really need to get the fuck outta there |

|          |                                      |
|---------:|:-------------------------------------|
| Recipients | Wesley Gullett (100009780676573)   |
|          | Tricky Troy (100009627411306)        |
|   Author | Tricky Troy (100009627411306)        |
|     Sent | 2016-07-25 14:22:02 UTC              |
|  Deleted | false                                |
|     Body | Did you know that I can smoke legally while on parole?? |

|          |                                      |
|---------:|:-------------------------------------|
| Recipients | Wesley Gullett (100009780676573)   |
|          | Tricky Troy (100009627411306)        |
|   Author | Tricky Troy (100009627411306)        |
|     Sent | 2016-07-25 19:51:30 UTC              |
|  Deleted | false                                |
|     Body | Can you PLEASE get that banger dropped at my aunts?? |

|          |                                      |
|---------:|:-------------------------------------|
| Recipients | Tricky Troy (100009627411306)      |
|          | Wesley Gullett (100009780676573)     |
|   Author | Wesley Gullett (100009780676573)     |
|     Sent | 2016-07-26 14:42:59 UTC              |
|  Deleted | false                                |
|     Body | Yesir                                |

|          |                                      |
|---------:|:-------------------------------------|
| Recipients | Wesley Gullett (100009780676573)   |
|          | Tricky Troy (100009627411306)        |
|   Author | Tricky Troy (100009627411306)        |
|     Sent | 2016-07-27 01:42:42 UTC              |
|  Deleted | false                                |
|     Body | Thank you                            |

|          |                                      |
|---------:|:-------------------------------------|
| Recipients | Wesley Gullett (100009780676573)   |
|          | Tricky Troy (100009627411306)        |
|   Author | Tricky Troy (100009627411306)        |
|     Sent | 2016-07-28 02:53:25 UTC              |
|       IP | 198.223.248.147                      |
|  Deleted | false                                |
|     Body |                                      |
| Attachments | 13866984_1609089792755252_430885881_n.jpg (1609089792755252) |
|     Type | image/jpeg                           |
|      URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=1609089792755252&mid=mid.1469674405201%3A938beb2909d4aa1829&uid=100009627411306&accid=100009627411306&preview=0&hash=AQDdWvjSCYyCq13Phoi5ceb_HKF-Lg6Edathj4fmUkn3Vw |



GOVERNMENT EXHIBIT 424i

Photo Id:
1609089819421916

| | |
|---|---|
| Recipients | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2016-07-31 10:11:52 UTC |
| Deleted | false |
| Body | Curious if you dropped that off and why I haven't heard from you bout that 6 or anything else |

| | |
|---|---|
| Recipients | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2016-07-31 10:12:47 UTC |
| Deleted | false |
| Body | I need my money and I think you are taking advantage of our so called friendship like you doin the rest of these motherfuckas |

| | |
|---|---|
| Recipients | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2016-07-31 10:14:01 UTC |
| Deleted | false |
| Body | I don't know who or what you believe in but I know what you done for me and I know what I've done for you so show your love loyalty and respect or keep showing them fangs! Bro!? |

| | |
|---|---|
| Recipients | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2016-07-31 10:14:51 UTC |
| Deleted | false |
| Body | Take it how you want or take it how you would if you were me! I ain't no foo! And we both know that so wtf is the deal?? |

| | |
|---|---|
| Recipients | Tricky Troy (100009627411306) |
| | Wesley Gullett (100009780676573) |
| Author | Wesley Gullett (100009780676573) |
| Sent | 2016-07-31 18:33:57 UTC |
| Deleted | false |
| Body | Give me a account to put it in |

| | |
|---|---|
| Recipients | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2016-07-31 19:10:39 UTC |
| Deleted | false |
| Body | Love you bro! |

| | |
|---|---|
| Recipients | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| Author | Tricky Troy (100009627411306) |
| Sent | 2016-07-31 19:10:49 UTC |
| Deleted | false |
| Body | I needed that! |

GOVERNMENT EXHIBIT 424j

**Photo Id:**
312228599113160

| | |
|---|---|
| **Recipients** | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-08-01 07:59:24 UTC |
| **Deleted** | false |
| **Body** | Thank you |

| | |
|---|---|
| **Recipients** | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-08-01 16:17:59 UTC |
| **Deleted** | false |
| **Body** | I don't have a account you can put it in. Plus that's messy. Is that the only way you can?? |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Wesley Gullett (100009780676573) |
| **Author** | Wesley Gullett (100009780676573) |
| **Sent** | 2016-08-01 23:27:57 UTC |
| **Deleted** | false |
| **Body** | Where u at? |

| | |
|---|---|
| **Recipients** | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-08-01 23:58:08 UTC |
| **Deleted** | false |
| **Body** | Long Beach but he'll we can do or work whatever you just tell me |

| | |
|---|---|
| **Recipients** | Wesley Gullett (100009780676573) |
| | Tricky Troy (100009627411306) |
| **Author** | Tricky Troy (100009627411306) |
| **Sent** | 2016-08-01 23:58:46 UTC |
| **Deleted** | false |
| **Body** | I wanna get things right so we can get our relationship and our business back on track that's all fam |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Wesley Gullett (100009780676573) |
| **Author** | Wesley Gullett (100009780676573) |
| **Sent** | 2016-08-02 00:05:38 UTC |
| **Deleted** | false |
| **Body** | I'm headed to u |

| | |
|---|---|
| **Recipients** | Tricky Troy (100009627411306) |
| | Wesley Gullett (100009780676573) |
| **Author** | Wesley Gullett (100009780676573) |
| **Sent** | 2016-08-02 00:05:47 UTC |
| **Deleted** | false |
| **Body** | |

GOVERNMENT EXHIBIT 424k