





GOVERNMENT
EXHIBIT
427c



RICO2-000063138