moist
flushable
wipes
KIRKLAND
moist
flushable
wipes
ecoflush
Ultra Soft
GOVERNMENT
EXHIBIT
428a
PENGAD 800-631-6989

Signature
made with
ecoflush™
technology
moist
ORIGIN ID:WJFA (661) 285-4318
AVENUE S MAIL N MORE
C/O AVENUE S MAIL N MORE
4654 E AVE S #B
PALMDALE, CA 93552
UNITED STATES US
SHIP DATE: 15NOV16
ACTWGT: 7.00 LB
DIMS: 12x9x7 IN
BILL SENDER
TO
DALLAS STANRIDGE
24672 SR 7 N
DOVER AR 72837
(661) 874-8269
REF: 0111739
DEPT:
FedEx
Express
E
TRK# 7846 5680 2896
0201
WED - 16 NOV 4:30P
PRIORITY OVERNIGHT
RES
72837
AR-US MEM
XX RLUA
Gentle on Skin
Safe for Well-Maintained
GOVERNMENT EXHIBIT
4286
PENGAD 800-631-6989

KIRKLAND
made with
ecoflush
technology
moist
flush
wipes
Enhanced Cleansing & Freshness
Ultra Soft
NEVER FLUSH MORE THAN 1 WIPE AT A TIME
Gentle on Skin
Safe for Well-Maintained Sewer & Septics*
Made with 100% Plant-Based Materials
GOVERNMENT EXHIBIT
428c
PENGAD 800-631-6989

PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
428d