```
************************************
            City of Conway
            1201 Oak Street
           Conway, AR  72032

REG# CWY-CC3724    OP# kfrancis
11/21/2016    9:22 AM
Receipt# 00073169
10321 11 2016

VIA DTF


# 16-13814
MICAHEL ROBERTS
SEIZED 11/18/2016


820-000-2052
Seized Assets              25,005.00
Total                      25,005.00
Cash                       25,005.00
Change                          0.00

           -- Thank You --
************************************
```

GOVERNMENT EXHIBIT 429a

```
ORIGIN ID:MPJA  (479) 264-1219        SHIP DATE: 18NOV16
MICHAEL ROBERTS                        ACTWGT: 4.00 LB
                                       CAD: 006994570/SSFE1722
46 ROSE LANE                           DIMS: 13x11x3 IN

RUSSELLVILLE, AR 72801
UNITED STATES US
```

TO **CHRISTOPHER VREELAND**

**1464 MADERA ROAD NORTH**
**#105**
**SIMI VALLEY CA 93065**

(000) 000-0000        REF:
INV:
PO:                   DEPT:



FedEx Express

E

TRK# 7846 9381 4714
0201

**SATURDAY 12:00P**
**PRIORITY OVERNIGHT**

**XO HAFA**

93065
CA-US  BUR

GOVERNMENT EXHIBIT
4296

# Incident Image
## Conway Police Department

| Incident Number: | Incident Date: | Location Of Incident: |
|---|---|---|
| 16-13814 | 11/18/2016 | 1400 E W MARTIN DR |
| Primary Victim: | | Primary Offense: |
| | | 90Z - Asset Forfeiture |



Image #7



DSCN3507.JPG

Date: 08/22/2019 — Time: 15:33

GOVERNMENT EXHIBIT 429c

# Incident Image
## Conway Police Department

| Incident Number: | Incident Date: | Location Of Incident: |
|---|---|---|
| 16-13814 | 11/18/2016 | 1400 E W MARTIN DR |
| Primary Victim: | | Primary Offense: |
| | | 90Z - Asset Forfeiture |

Image #10



DSCN3510.JPG

Date: 08/22/2019 -- Time: 15:33

GOVERNMENT EXHIBIT 429d

# Incident Image
## Conway Police Department

| Incident Number: | Incident Date: | Location Of Incident: |
|---|---|---|
| 16-13814 | 11/18/2016 | 1400 E W MARTIN DR |
| **Primary Victim:** | | **Primary Offense:** |
| | | 90Z - Asset Forfeiture |

Image #11



DSCN3511.JPG

Date: 08/22/2019 -- Time: 15:33

GOVERNMENT EXHIBIT 429e

