



FedEx Airbill
Tracking: 8102 6577 9362
THU - 12 JAN
PRIORITY OVERNIGHT
72802 AR-US MEM
XX RLUA

From:
Wendy Monroe
Phone: 323-464-8135
Denny's #1144D2
5751 Sunset Blvd
Los Angeles, CA 90028

To:
Brittany Rogers
8927 SR 164 East
Russellville, AR 72802

Total Weight: 6 lbs

GOVERNMENT EXHIBIT 4305



GOVERNMENT EXHIBIT 430c

