# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                               CASE NO. 4:17-CR-00293-BSM-1

TROY R. LOADHOLT                                                                         DEFENDANT

## ORDER

Marcus Millsap, one of Troy Loadholt's co-defendants, went to trial in September, 2021. The fourteen-day jury trial generated a thirteen volume transcript totaling 2,357 pages. Thirty-six witnesses, many of whom were Loadholt's co-conspirators, testified about Loadholt's involvement in the conspiracy to flood Pope County, Arkansas, with illegal narcotics. Based on this testimony, Loadholt's objections, the law and arguments provided by the government in its sentencing memorandum [Doc. No. 2944], and the responses of the probation office, the rulings on Loadholt's objections are as follows.

Loadholt's objections to paragraphs 7 through 24 are overruled.

Loadholt's objections to paragraphs 29, 30, 32, 36, 37, and 38 are overruled.

For the reasons set forth in the government's sentencing memorandum, Loadholt's objections to paragraphs 35, 44, 45, 49, 50, 53, and 54 are overruled.

For the reasons provided by the probation office, Loadholt's objections to paragraphs 60 through 63 are overruled.

Finally, the government points out that the timeliness of Loadholt's "conduct in manifesting the acceptance of responsibility" can be considered in determining whether he

receives the two-point reduction for acceptance of responsibility. U.S.S.G § 3E1.1. Although I did not expect this issue to become a point of contention, the government's position is well-taken. Loadholt did not voluntarily accept responsibility. He went on the run and was declared a fugitive. Only after he was apprehended did he enter a plea. For this reason, I am leaning strongly against awarding the two-point reduction, but I want to give Loadholt an opportunity to explain why he should be awarded the two-point reduction, so the final decision will be made at the sentencing hearing.

    IT IS SO ORDERED this 10th day of November, 2025.

    *Brian S. Miller*
    UNITED STATES DISTRICT JUDGE