## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

STATE OF ARKANSAS                                                      PLAINTIFF

V.                           NO. CR-16-454

BRITTANY FERGUSON                                 DEFENDANT

## INFORMATION

Comes the Prosecuting Attorney for POPE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Brittany Ferguson** with the crime(s) of **POSSESSION CONTROLLED SUBSTANCE (b)(1)(A)** as follows:

**COUNT 1: POSSESSION CONTROLLED SUBSTANCE (b)(1)(A) ARK. CODE ANN. § 5-64-419b1a.**
The said defendant in POPE COUNTY, did unlawfully and feloniously on or about May 31, 2016.

Knowingly, willfully and unlawfully possess a controlled substance, to wit: methamphetamine (less than 2 grams), the same constituting a Class D Felony, against the peace and dignity of the State of Arkansas.

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

CLASS D FELONY
0 – 6 YEARS IN ADC AND/OR
0 - $10,000 FINE

                                    David L. Gibbons, Prosecuting Attorney

                                    BY: _____
                                             David L. Gibbons

PRESENTED TO ME THIS 13 DAY OF JULY, 2016.

                             DIANE WILLCUTT, CIRCUIT CLERK

                             BY: _____ d.c.

AFTER A P ROBABLE CAUSE DETERMINATION WAS MADE IN THE FOREGOING CASE BY MUNICIPAL JUDGE DON BOURNE (SEE ORDER ATTACHED HERETO), AND AFTER REVIEWING THE ATTACHED CASE SUMMARY, I FIND PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A WARRANT AGAINST THE NAMED DEFENDANT.

_William M. Pearson_
JUDGE

_7-12-16_
DATE

On May 31, 2016, Sgt. David Bevis of the Russellville Police Department conducted a traffic stop of a vehicle driven by Troy Loadholt because he knew Loadholt's identity and confirmed that Loadholt had a suspended driver's license and an active arrest warrant. The passenger identified herself as Abigail Gideon. When Sgt. Bevis spoke with the passenger she became nervous and felt around her waist area and then pulled the bottom of her shorts down and then appeared to be trying to keep something from falling from her shorts, which displayed a bulge. The passenger then retrieved a container of marijuana. A female officer arrived and spoke to the passenger, who admitted that her real name was Brittany Ferguson. Ferguson had an active arrest warrant and was apprehended. She then admitted that she had methamphetamine on her, which was located during a search.