IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                      CASE NO. 4:17-CR-00293-BSM-1

TROY LOADHOLT                                                    DEFENDANT

## ORDER

Troy Loadholt's motion for reconsideration and an evidentiary hearing [Doc. No. 2949] is denied; however, Loadholt will be given an opportunity to complete his record at the sentencing hearing.

IT IS SO ORDERED this 12th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE