AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____ARKANSAS_____

UNITED STATES OF AMERICA

V.

TROY R. LOADHOLT

## COURT'S EXHIBIT LIST

Case Number: 4:17-CR-000293-BSM-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | Liza Brown/Stephanie Mazzanti | Bobby Digby/Mack Ivy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/13/2025 | Lorie Kennedy | Laura Bichlmeier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | GOVERNMENT'S EXHIBIT LIST |
| 9 |  | 11/13/2025 |  | X | Screen shot of text messages between U.S. Marshal and Defendant |

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
NOV 13 2025
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages