(Post 9/2015)

# United States District Court
*for the Eastern District of Arkansas*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs.  Case No. 4:17-CR-00293-BSM-1 | | |
| TROY R. LOADHOLT | | DEFENDANT |

## NOTICE OF APPEAL

Notice is hereby given that  Troy R. Loadholt  appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment & Commitment ☐ Order entered in this action in open court on November 13, 2025, and filed of record on November 17, 2025.

| | |
|---|---|
| *[signature]* | Bobby R. Digby II |
| Signature of Defendant's Counsel | Typed Name of Defendant's Counsel |
| 109 W. South St. | 501.500.9292 |
| Street Address       Room Number | Telephone Number |
| Benton, AR 72015 | 11/19/25 |
| City       State       Zip | Date |