(Post. 5/26/15)

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                      Case No. 4:17-CR-293

TROY R. LOADHOLT

## TRANSCRIPT REQUEST

TO BE COMPLETED BY APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL (Federal Rules of Appellate Procedure, Rule 10(b)(1)).

A. Complete one of the following:
- ( ) A transcript is not needed for the appeal.
- ( ) A transcript is already on file.
- (×) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars.) Note: voir dire and closing arguments not prepared unless specifically requested.

   The change of plea on April 9, 2025 and the sentencing held on November 13, 2025.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
- ( ) Private funds.
- (✓) Government expense ~~(civil case.)~~ A motion for transcript has been submitted to the judge. *Defendant was/is indigent, and counsel was appointed under the C.J.A.*

SIGNED _[signature]_ DATE 11/19/2025  COUNSEL FOR the Defendant

ADDRESS 109 W. South St., Benton, AR 72015

TELEPHONE 501.500.9292