# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8     **DATE:** 12/11/2025

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 25-3312

**DISTRICT COURT NO.** 4:17-cr-00293-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

    Volume and Date: _____
    Volume and Date: _____
    Volume and Date: _____

In Camera Documents

    Copies of Presentence Investigation Report, Statement of Reasons, [2946] Sealed Document
    Original of [2945] Exhibit 3 (disc)

Exhibits

    Plaintiff(s) _____
    Defendant(s) _____
    Joint _____

**COMMENTS:**

*************************************************************************

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
    Deputy Clerk