# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8  **DATE:** 12/11/2025

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 25-3312

**DISTRICT COURT NO.** 4:17-cr-00293-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: [2960] Sentencing Hearing
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
        Deputy Clerk