# Clerk of The Court

*Troy Ryan Loadholt*

**Re: Case File; United States vs.** Troy Loadholt
**Case No.** 4:17CR00293-01 BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 2 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Dear Clerk,

    I am writing to you with the hope that you will assist me in obtaining the necessary paperwork in order to petition the court for collateral relief from my conviction and sentence.

    The legal documents that I request are a part of my case file and the court should have a copy of them. I would greatly appreciate it if you would forward me a copy of the following legal documents from my case file please.

✓1. Docket Sheet
✓2. Sentence and Judgement Order
✓3. Plea Agreement
✓4. Sentencing Transcripts
✓5. Presentencing Investigation Report

Because of the nature of the action I plan to take, I further request that the items be forwarded to me as legal mail in a envelope stamped be open **IN MY Presence**. I thank you in advance for everything.

*[signature]*
2-23-26

*Please, send all available documents above to me at return address. Thank you for your assistance.*

2-23-26

Troy Loadholt
Troy Loadholt
JL

My name is Troy Ryan Loadholt, I am writing to request the following documents please and as soon as possible. I am currently at.. "Yazoo Federal Correctional Institution" the address here is..

P.O. BOX 5000
Yazoo City
Mississippi 39194

✓1. Docket Sheet
✓2. Sentence and Judgement Order
✓3. Plea Agreement
✓4. Sentencing Transcripts
✓5. Presentencing Investigation Report

Thank you! I greatly appreciate your time and assistance. Have a blessed day!

Troy Loadholt #20352511
Yazoo F.C.I.
P.O. Box 5000
Yazoo City MS 39194

JACKSON MS 390
24 FEB 2026 AM 2 L

United States
District Court Clerks Office
Richard Sheppard United
States courthouse
600 West Capitol ave.
Suite A-149
Little Rock AR 72201

72201-339919