# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                      **CASE NO. 4:17-CR-00293-BSM-1**

**TROY R. LOADHOLT**
Reg. No. 20352-511                                                         **DEFENDANT**

## ORDER

Troy Loadholt's motion for copies [Doc. No. 2980] is granted in part and denied in part. The clerk is directed to send Loadholt a copy of docket entry number 2954 and a copy of the docket sheet, along with a copy of this order. Since Loadholt must pay for copies of the sentencing transcript, he must contact Lorie Kennedy at 500 West Capitol Ave. Little Rock, AR 72201 to arrange for payment and have copies sent to him. Loadholt's request for a copy of the presentence investigation report is denied because the Bureau of Prisons (BOP) does not allow inmates to possess these reports after sentencing. *See* BOP Policies 1351.05 at 16. He must access this information through his facility. Finally, Loadholt's request for a copy of his plea agreement is denied because he did not plead guilty pursuant to a plea agreement.

IT IS SO ORDERED this 3rd day of March, 2026.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE