IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA           )
                                   )
v.                                 )       No.  4:17CR00293 BSM
                                   )
TROY LOADHOLT, et al               )

## MOTION TO REMOVE COUNSEL FOR THE UNITED STATES

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Liza Jane Brown, Assistant U.S. Attorney for the Eastern District of Arkansas, and for its motion, states:

Undersigned counsel for the United States is the attorney handling this matter and respectfully requests that Kristin Bryant be removed as counsel of record.

WHEREFORE, the United States of America prays that Assistant United States Attorney Kristin Bryant be removed as counsel of record for the United States.

Respectfully submitted,

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By: LIZA JANE BROWN
Bar No. 2004183
Assistant U.S. Attorney
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
Liza.Brown@usdoj.gov